# EXHIBIT A

STATE OF SOUTH CAROLINA ) IN THE PROBATE COURT
)
COUNTY OF CHARLESTON ) **CERTIFICATE OF APPOINTMENT**
)
IN THE MATTER OF: ) CASE NUMBER: <u>2020ES1000609</u>
<u>JUAN ANTONIO VILLALOBOS</u> )
<u>HERNANDEZ AKA JOSE DE JESUS PENA</u> )
(Decedent) )

This is to certify that

<u>　　　　　　TIFFANY N. PROVENCE　　　　　　</u>

is/are the duly qualified

☒ PERSONAL REPRESENTATIVE
☐ SUCCESSOR PERSONAL REPRESENTATIVE
☐ SPECIAL ADMINISTRATOR

in the above matter and that this appointment, having been executed on the <u>5</u> day of <u>May</u>, <u>2020</u>, is in full force and effect.

**RESTRICTIONS: NONE**

Executed this <u>5</u> day of <u>May</u>, <u>2020</u>.

*[signature]*
───────────────────────────────
Irvin G. Condon, Probate Court Judge
BY ESTATE CLERK

**Do not accept a copy of this certificate without the raised seal of the Probate Court.**

FORM #141ES (1/2014)
62-1-305, 62-3-103