IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| TIFFANY N. PROVENCE, as the Personal Representative of the Estate of Juan Antonia Villalobos Hernandez,<br><br>Plaintiff,<br><br>vs<br><br>UNITED STATES OF AMERICA, CROWLEY MARITIME CORPORATION, CROWLEY GOVERNMENT SERVICES, INC., DETYENS SHIPYARDS, INC., and HIGHTRAK STAFFING, INC. d/b/a HITRAK STAFFING, INC.<br><br>Defendants. | C/A No. 2:21-cv-00965-RMG<br><br>**DEFENDANTS DETYENS SHIPYARDS, INC. AND HIGHTRAK STAFFING, INC. d/b/a HITRAK STAFFING, INC.'S ANSWERS TO RULE 26.01 INTERROGATORIES** |

Pursuant to Rule 26.01 of the Local Civil Rules for the United States District Court, District of South Carolina, Defendants Detyens Shipyards, Inc. and Hightrak Staffing, Inc. d/b/a HiTrak Staffing Inc. (these "Defendants"), by and through their undersigned attorneys, make the following answers to Court ordered Interrogatories:

(A)     State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:**     **Upon information and belief, none.**

(B)     As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:**     **These claims should be tried nonjury as the Plaintiff has invoked the exclusive admiralty jurisdiction of this court.**

(C)     State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary,

partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:** **Neither of these Defendants are publicly owned entities.**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See Local Civil Rule 3.01.*

**ANSWER:** **These Defendants do not challenge the appropriateness of this division.**

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:** **Upon information and belief, this action is not related to any other matter filed in this District.**

(F) [Defendants only.] If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:** **N/A**

(G) [Defendants only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:** These Defendants make no such contention at this time.

**These Defendants specifically reserve the right to supplement and/or change their Answers to these Interrogatories as discovery progresses in this case.**

> HOOD LAW FIRM, LLC
> 172 Meeting Street
> Post Office Box 1508
> Charleston, SC  29402
> Phone: (843) 577-4435
> Facsimile: (843) 722-1630
>
> **s/ James B. Hood**
> James B. Hood (9130)
> james.hood@hoodlaw.com
> James W. Clement (12720)
> jim.clement@hoodlaw.com
>
> *Attorneys for Detyens Shipyards, Inc. and*
> *Hightrack Staffing, Inc. d/b/a HiTrak Staffing, Inc.*

**June 4, 2021**
Charleston, South Carolina

3