IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

CASE NO. 2:21-cv-965-RMG

| | |
|---|---|
| TIFFANY N. PROVENCE, as the Personal Representative of the Estate of Juan Antonio Villalobos Hernandez,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, CROWLEY MARITIME CORPORATION, CROWLEY GOVERNMENT SERVICES, INC., DETYENS SHIPYARDS, INC., and HIGHTRAK STAFFING, INC. d/b/a HITRAK STAFFING, INC.<br><br>  Defendants. | CONSENT MOTION TO AMEND SCHEDULING ORDER |

Plaintiff Tiffany N. Provence, as the Personal Representative of the Estate of Juan Antonio Villalobos Hernandez ("Plaintiff"), by and through her undersigned counsel, and with the consent of Defendants, hereby moves pursuant to Local Rule 6.01 and Fed. R. Civ. P. 16(b)(4) for the entry of a Consent Amended Scheduling Order in the form attached as <u>Exhibit A</u>.

In support of this request, the parties state as follows:

1. The Court entered a Scheduling Order dated May 20, 2021. (Dkt. No. 15).

2. In their Rule 26(f) conference, the parties agreed to an amended schedule and the Court entered an Amended Scheduling Order on July 13, 2021. (Dkt. No. 25).

3. The parties have exchanged written discovery requests.

4. Plaintiff expects to notice the depositions of at least 25 fact witnesses. To date, Plaintiff has requested to depose 15 fact witnesses and the parties are working to secure dates for these depositions.

5. Plaintiff has issued subpoenas to nine third parties and anticipates voluminous document productions in response.

6. Accordingly, the parties request an extension of time to complete discovery, identify experts, and prepare for trial. Specifically, the parties request a four-month extension of all upcoming deadlines within the Scheduling Order (Dkt. No. 25). The extension is necessary to ensure that the parties can complete written discovery and the depositions of expert and fact witnesses.

7. A four-month extension of all upcoming deadlines would affect the deadlines for dispositive motions and *Daubert* motions, as well as deadlines for motions *in limine*, pretrial disclosures, and pretrial briefs.

8. Pursuant to Local Civil Rules 6.01 and 7.02, the parties request that the Court modify the Amended Scheduling Order as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
| --- | --- | --- |
| Plaintiff's Expert Witnesses | October 17, 2021 | February 17, 2022 |
| Defendants' Expert Witnesses | December 18, 2021 | April 18, 2022 |
| Records Custodian Witnesses | January 25, 2022 | May 25, 2022 |
| Completion of Discovery | February 16, 2022 | June 16, 2022 |
| Dispositive Motions | March 1, 2022 | July 1, 2022 |
| Mediation | March 16, 2022 | July 16, 2022 |
| Trial | June 1, 2022 | October 1, 2022 |

- 3 -

**WE SO MOVE:**

s/ Julie L. Moore
J. Rutledge Young, III (Fed. Bar No. 7260)
Julie L. Moore (Fed. Bar No. 11138)
Robert Wehrman (Fed. Bar No. 13426)
DUFFY & YOUNG, LLC
96 Broad Street
Charleston, South Carolina 29401
Telephone: (843) 720-2044
Facsimile: (843) 720-2047
ryoung@duffyandyoung.com
jmoore@duffyandyoung.com
rwehrman@duffyandyoung.com
*Attorneys for Plaintiff*

**WE CONSENT:**

s/ Ryan Daniel Gilsenan
Ryan Daniel Gilsenan (Fed. Bar No. 9837)
Hines and Gilsenan LLC
1535 Hobby St., Suite 203
North Charleston, SC 29405
gilsenan@hinesandgilsenan.com

and

William H. Jordan, Esq.
US Attorneys Office
1441 Main St., Suite 500
Columbia, SC 29201
william.jordan@usdoj.gov

*Attorneys for United States of America,
Crowley Maritime Corporation, and Crowley
Government Services, Inc.*

- 4 -

s/ James W. Clement
James B. Hood (Fed. Bar No. 9130)
James W. Clement (Fed. Bar No. 12720)
Hood Law Firm, LLC
172 Meeting Street
Charleston, SC 29401
James.hood@hoodlaw.com
Jim.clement@hoodlaw.com
*Attorney for Detyens Shipyards, Inc. and HighTrak Staffing, Inc. d/b/a HiTrak Staffing, Inc.*

September 17, 2021
Charleston, South Carolina