IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

CASE NO. 2:21-cv-965-RMG

| | |
|---|---|
| TIFFANY N. PROVENCE, as the Personal Representative of the Estate of Juan Antonio Villalobos Hernandez,<br><br>**Plaintiff,**<br><br>v.<br><br>UNITED STATES OF AMERICA; CROWLEY MARITIME CORPORATION; CROWLEY GOVERNMENT SERVICES, INC.; DETYENS SHIPYARDS, INC.; and HIGHTRAK STAFFING, INC. d/b/a HITRAK STAFFING, INC.<br><br>**Defendants.** | **PLAINTIFF'S RULE 26(a)(2) EXPERT DISCLOSURES** |

The undersigned counsel for the Plaintiff hereby certifies that she has disclosed to all other parties the identity and written reports of the Plaintiff's expert witnesses listed below in substantial compliance with Fed. R. Civ. P. Rule 26(a)(2) and the Second Amended Scheduling Order dated September 17, 2021:

Gerald Nielsen
Ocean Ridge Maritime Consulting, LLC
8408 King Arthurs Ct.
Montgomery, TX 77316
832-233-8563

Kim A. Collins, MD, FCAP
Forensic Pathologist
1333 Martins Point Rd.
Wadmalaw Island, SC 29487
843-557-1935

Thomas Charles Wenzel[1]
Accident Reconstruction Analysis, PLLC
5801 Lease Lane
Raleigh, NC 27617
919-787-9675

Tricia M. Yount, CPA, MAFF
Dixon Hughes Goodman, LLP
525 East Bay St.
Suite 100
Charleston, SC 29403
843-722-6443

                                      s/ Julie L. Moore
                                      J. Rutledge Young, III (Fed. Bar No. 7260)
                                      Julie L. Moore (Fed. Bar No. 11138)
                                      Robert Wehrman (Fed. Bar No. 13426)
                                      DUFFY & YOUNG, LLC
                                      96 Broad Street
                                      Charleston, South Carolina 29401
                                      Telephone: (843) 720-2044
                                      Facsimile: (843) 720-2047
                                      ryoung@duffyandyoung.com
                                      jmoore@duffyandyoung.com
                                      rwehrman@duffyandyoung.com
                                      *Attorneys for Plaintiff*

February 17, 2022
Charleston, South Carolina

---

[1] The expert report of Mr. Wenzel will be disclosed on or before March 4, 2022 pursuant to the Court's order dated February 17, 2022 (ECF No. 30).