IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| TIFFANY N. PROVENCE, as the Personal Representative for the Estate of Juan Antonio Villalobos Hernandez, | ) ) ) ) | Civil Action No.: 2:21-CV-965-RMG |
| Plaintiff, | ) ) | |
| vs. | ) ) | **Vessel Defendants' Rule 26(a)(2) Expert Disclosure** |
| UNITED STATES OF AMERICA, CROWLEY MARITIME CORPORATION, CROWLEY GOVERNMENT SERVICES, INC., DETYENS SHIPYARDS, INC., and HIGHTRAK STAFFING, INC. d/b/a HITRAK STAFFING, INC. | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

The undersigned counsel for the Defendants United States of America, Crowley Maritime Corporation, and Crowley Government Services, Inc., (collectively the "Vessel Defendants") certifies that he has disclosed to all other parties the identity and written report of the Vessel Defendants' expert witness listed below in substantial compliance with *Fed. R. Civ. P.* 26(a)(2), the Second Amended Scheduling Order dated September 17, 2021, and the Court's Order granting extension of time dated April 13, 2022 (ECF 37):

Kenneth W. Fisher, Ph.D.
Fisher Maritime LLC
P.O. Box 894
Derry, New Hampshire 03038
Tel: 973-660-1116

1

Respectfully submitted,

M. RHETT DEHART
Acting United States Attorney

WILLIAM JORDAN
Assistant U.S. Attorney

MICHELLE DELEMARRE
Senior Admiralty Counsel
U.S. Department of Justice
Civil Division, Torts Branch
Aviation & Admiralty Litigation
P.O. Box 14271
Washington, D.C. 20044-4271
(202) 598-0285 (cell phone)
(202) 616-4037 (office)
(202) 616-4159 (fax)
Michelle.delemarre@usdoj.gov

*Attorneys for the United States*

By: /s/ Ryan Gilsenan
Ryan Gilsenan, Fed I.D. No. 9837
Julius H. Hines, Fed. I.D. No. 5807
Edward N. Smith, Fed I.D. No. 13429
1535 Hobby Street, Suite 203-D
Charleston Navy Yard
North Charleston, SC 29405
T: 843.266.7577
gilsenan@hinesandgilsenan.com
hines@hinesandgilsenan.com
smith@hinesandgilsenan.com

*Counsel for the Defendants United States of America, Crowley Maritime Corporation, and Crowley Government Services, Inc.*

May 3, 2022
Charleston, South Carolina