IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| TIFFANY N. PROVENCE, as the Personal Representative of the Estate of Juan Antonia Villalobos Hernandez,<br><br>         Plaintiff,<br><br>vs<br><br>UNITED STATES OF AMERICA, CROWLEY MARITIME CORPORATION, CROWLEY GOVERNMENT SERVICES, INC., DETYENS SHIPYARDS, INC., and HIGHTRAK STAFFING, INC. d/b/a HITRAK STAFFING, INC.<br><br>         Defendants. | C/A No. 2:21-cv-00965-RMG<br><br>**CONSENT MOTION TO AMEND DEFENDANTS DETYENS SHIPYARDS, INC. AND HIGHTRACK STAFFING INC. D/B/A HITRAK STAFFING, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT** |

  COMES NOW, Defendants Detyens Shipyards, Inc. and Hightrak Staffing, Inc. d/b/a HiTrak Staffing, Inc. ("Defendants"), with the written consent of the Plaintiff and Co-Defendants United States of America, Crowley Maritime Corporation, and Crowley Government Services, Inc. ("Co-Defendants") [EXHIBIT 1] hereby move for permission pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure to amend their answer to the Plaintiff's Complaint in the above-captioned case to include the affirmative defense that Defendants are a single entity under the LHWCA. The deadline to amend pleadings was August 18, 2021; however, based on information obtained during discovery, these Defendants have since determined that an additional defense may be applicable and that an amendment of its Answer to add the same is necessary. These Defendants have conferred with Plaintiff's counsel and Co-Defendant's counsel in good faith regarding adding this affirmative defense in Paragraph 35 of Defendants' proposed Amended Answer [EXHIBIT 2] and have obtained their written consent to the same.

                HOOD LAW FIRM, LLC
                172 Meeting Street
                Post Office Box 1508
                Charleston, SC  29402
                Phone: (843) 577-4435
                Facsimile: (843) 722-1630

                **s/ James B. Hood**
                James B. Hood (9130)
                james.hood@hoodlaw.com
                Kathryn N. Tanner (13616)
                katie.tanner@hoodlaw.com

                *Attorneys for Detyens Shipyards, Inc. and Hightrak Staffing, Inc. d/b/a HiTrak Staffing, Inc.*

**May 9, 2022**
Charleston, South Carolina