UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| Tiffany N. Provence, as the Personal Representative of the Estate of Juan Antonio Villalobos Hernandez, <br><br> Plaintiff, <br><br> Versus <br><br> United States of America, Crowley Maritime Corporation, Crowley Government Services, Inc., Detyens Shipyards, Inc., and Hightrak Staffing, Inc. d/b/a HiTrak Staffing, Inc., <br><br> Defendants. | C/A No. 2:21-cv-00965-RMG |

## MOTION FOR ENTRY OF CONFIDENTIALITY ORDER

CONSENT:

The attached proposed Confidentiality Order is requested:

☒    by consent of all parties.

☐    by consent as to some, but not all, of the terms [alternative provisions are set forth in both proposed and redlined versions].

☐    by some, but not all, parties [requesting parties include:   [requesting parties]].

CONTENT:

The attached proposed Confidentiality Order:

☐    is identical to the standard form on the court's website.

☒    has been revised by deleting the Reading Room provision, but no other changes have been made (*redlined copy not required*).

☐    is a modified version of the standard form on the court's website and the modifications have been indicated by attaching a "redlined" copy the document. An explanation of the basis for each proposed modification is as follows:

[explain requested changes with reference to relevant paragraph numbers]

1

**WE SO MOVE**

**s/ James B. Hood**

James B. Hood (9130)
james.hood@hoodlaw.com
Kathryn N. Tanner (13616)
katie.tanner@hoodlaw.com
HOOD LAW FIRM, LLC
172 Meeting Street/Post Office Box 1508
Charleston, SC  29402
P: (843) 577-4435/F: (843) 722-1630

*Counsel for Defendants Detyens Shipyards, Inc. and HighTrak Staffing, Inc. d/b/a HiTrak Staffing, Inc.*

**WE SO MOVE/CONSENT**

**s/ Ryan Daniel Gilsenan**

Ryan Daniel Gilsenan (9837)
gilsenan@hinesandgilsenan.com
Julius H. Hines (5807)
hines@hinesandgilsenan.com
Edward N. Smith (13429)
smith@hinesandgilsenan.com
Hines and Gilsenan LLC
1535 Hobby St, Ste 203
North Charleston, SC 29405
843-847-8003

*Counsel for Defendants United States of America, Crowley Maritime Corporation, Crowley Government Services, Inc.*

WILLIAM JORDAN
MICHELLE DELEMARRE
U.S. Department of Justice
Civil Division, Torts Branch
Aviation & Admiralty Litigation
P.O. Box 14271
Washington, D.C. 20044-4271

*Attorneys for the United States*

**WE SO MOVE/CONSENT**

**s/ J. Rutledge Young, III**

J. Rutledge Young, III
ryoung@duffyandyoung.com
Julie L. Moore
jmoore@duffyandyoung.com
Robert L. Wehrman
rwehrman@duffyandyoung.com
Duffy & Young LLC
96 Broad Street
Charleston SC 29401
P: 843-720-2044/ F: 843-720-2047

*Counsel for Plaintiff Tiffany N. Provence, as the Personal Representative of the Estate of Juan Antonia Villalobos Hernandez*

*Instructions for use of the Consent Confidentiality Order can be found at the court's website at www.scd.uscourts.gov under "forms" or under each individual judge's forms list.*