# EXHIBIT 8

Page 1

```
 1              UNITED STATES DISTRICT COURT
                 DISTRICT OF SOUTH CAROLINA
 2                   CHARLESTON DIVISION
                        IN ADMIRALTY
 3
     TIFFANY N. PROVENCE, AS THE PERSONAL
 4   REPRESENTATIVE OF THE ESTATE OF JUAN
     ANTONIO VILLALOBOS HERNANDEZ,
 5
                     Plaintiff,
 6
            vs.       CASE NO. 2:21-cv-965-RMG
 7
     UNITED STATES OF AMERICA, CROWLEY
 8   MARITIME CORPORATION, CROWLEY GOVERNMENT
     SERVICES, INC., DETYENS SHIPYARDS, INC.,
 9   AND HIGHTRAK STAFFING, INC. D/B/A HITRAK
     STAFFING, INC.,
10
                     Defendants.
11
12   DEPOSITION OF:   JAMES JUSTIN LYLES
13   DATE:            December 14, 2021
14   TIME:            9:08 a.m.
15   LOCATION:        DETYENS SHIPYARDS, INC.
                      1670 Dry Dock Avenue
16                    Suite 200
                      North Charleston, SC
17
     TAKEN BY:        Counsel for the Plaintiff
18
     REPORTED BY:     MICHAEL DAVID ROBERTS,
19                    Court Reporter
     _____
20
21
22
23
24
25
```

Page 39

1    it was a couple years ago.
2            Q.    Right.  Do you remember you actually
3    met with the chief mate even if you don't recall
4    the details of it?
5            A.    Yes, sir.
6            Q.    So on the Lummus when you would do your
7    safety walks, you would meet with the chief mate?
8            A.    Get with somebody from the ship's crew
9    to see if they have any issues.  That's the first
10   thing you do when you get on board.
11           Q.    Okay.  Every time you get on board, the
12   first thing you do is communicate with somebody
13   from the ship's crew.  Is that accurate?
14           A.    If -- if they're available.
15                 MR. CLEMENT:  Objection to the form.
16                 You can answer.
17                 THE WITNESS:  If they're available.
18   BY MR. YOUNG:
19           Q.    Okay. Right.  All right.  So assuming
20   that they're available, every time you step on a
21   ship, the first thing you do is communicate
22   directly with some of the ship's crew; is that
23   right?
24           A.    Yes, sir.
25           Q.    And the purpose of that is to find out