# EXHIBIT 10

60

***ROUGH DRAFT OF 30(b)(6) DEPO OF PAUL VARGHESE***

1  room.

2     Q.  There's a look book in the control room

3  of the LUMMUS for the lock-out/tag-out system; is

4  that correct?

5     A.  That is correct.

6     Q.  All right.  And is it your testimony

7  that that lock-out/tag-out system was not applicable

8  at the time this vessel was in Detyens Shipyard?

9     A.  It was applicable in accordance with the

10  section -- Work Item 22 and it was applied.  There

11  were two levels of isolation done.

12     Q.  Okay.  So was the lifeboat davit

13  actually tagged out on the LUMMUS on April 3, 2019

14  when my client was killed?

15     A.  The tag out for the equipment.  The

16  lifeboat equipment was tagged out.

17     Q.  Okay.

18     A.  Individual components -- individual

19  components are not tagged out separately.  The

20  lifeboat system was tagged out in two locations.

21      Q.   All right.  And the two locations for

22   the tag out of lifeboat system, was that done by

23   Crowley personnel, that procedure?

24      A.   Yes.  That is requested and then done by

25   Crowley.  Yes.