# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| TIFFANY N. PROVENCE, as the Personal Representative of the Estate of Juan Antonia Villalobos Hernandez, | ) ) ) ) | C/A No. 2:21-cv-00965-RMG |
| Plaintiff, | ) ) | **AFFIDAVIT OF JEREMY THORNTON** |
| vs | ) ) ) | |
| UNITED STATES OF AMERICA, CROWLEY MARITIME CORPORATION, CROWLEY GOVERNMENT SERVICES, INC., DETYENS SHIPYARDS, INC., and HIGHTRAK STAFFING, INC. d/b/a HITRAK STAFFING, INC. | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

PERSONALLY APPEARED BEFORE ME, Jeremy Thornton, who after being duly sworn, deposes and says:

1) My name is Jeremy Thornton.

2) I am over the age of eighteen and I have personal knowledge of the matters stated herein.

3) I am and was a Hull Department Quartermen for Detyens Shipyards, Inc. ("Detyens") at all times relevant to this matter and am acting on behalf of Detyens Shipyards, Inc.

4)

5) While working at Detyens Shipyards, Mr. Hernandez wore a badge which indicated that he was working for Hitrak.

6) While working at Detyens Shipyards, Mr. Hernandez used the welding tools, machinery, and personal protective equipment provided to him by Detyens.

## Exhibit C

7)  Upon information and belief, just as it did on the USNS LUMMUS, the Detyens Rigging Department had been restraining davit arms using a 3/8 inch wire rope and Crosby clamps in the same way without incident for over twenty years.

FURTHER DEPONENT SAYETH NOT.

_Jeremy Y. Thornton_
Jeremy Thornton

SWORN TO AND SUBSCRIBED before me
this ___15th___ day of ____July____, 2022.

_Nancy J. Henry_
NOTARY PUBLIC FOR ___South Carolina___
MY COMMISSION EXPIRES: _Oct 12, 2031_

NANCY J. HENRY
My Commission Expires
NOTARY
PUBLIC
October 12, 2031
STATE OF SOUTH CAROLINA

2