**DETYENS SHIPYARDS, INC.**
1670 DRYDOCK AVENUE
BUILDING 236, SUITE 200
NORTH CHARLESTON, SC 29405-2121

GENERAL SHIP REPAIRS

TEL: (843) 308-8000                                          FAX: (843) 308-8059

### *TEMPORARY WORKER SERVICES AGREEMENT*

HiTrak Staffing Inc. (HiTrak) is a staffing agency that provides temporary/supplied workers to host employers. This Agreement between HiTrak and Detyens Shipyards, Inc. (DSI), host employer, is for HiTrak to provide skilled and unskilled personnel on a time and material basis to DSI.

**1.0   SERVICES PROVIDED:**

HiTrak agrees to provide skilled and unskilled personnel (jointly personnel) to DSI on a time and material basis pursuant to DSI's request(s) for all crafts. DSI will specify the number and trade type personnel requested. Such personnel will be provided to DSI to be utilized by DSI in its sole discretion until such time as DSI determines that the personnel are no longer required. DSI is under no obligation to utilize any particular number or type of personnel, nor for any particular length of time.

**2.0   RATES FOR SERVICES:**

Rates for personnel will be mutually agreed between HiTrak and DSI. A schedule of rates for local and out of area personnel will be established from time to time as agreed between HiTrak and DSI.

**3.0   PAYMENT TERMS:**

Net 30.

**4.0   INVOICES:**

HiTrak will submit invoices to DSI on a weekly basis. DSI will acknowledge the services provided. No offsets shall apply to the invoices.

**5.0   INSURANCE:**

HiTrak will maintain at HiTrak's expense the following coverage's: (1) Full worker's compensation insurance including, but not limited to, HiTrak's under the US Longshoremen's and Harbor Workers Compensation Act, in strict compliance with the most current and applicable state and/or federal worker's compensation laws; (2) Employer's Liability Insurance coverage for both injury and death resulting from accident, sickness or disease. Certificates of insurance will be provided to DSI by HiTrak.

DSI 000042

# Exhibit E

Temporary Worker Services Agreement

6.0   EMPLOYER:

All personnel provided to DSI by HiTrak will remain employees of HiTrak only and not that of DSI.

7.0   PAYMENT OF WAGES:

All wages (and benefits, if any) of personnel will be paid solely by HiTrak and not by DSI.

8.0   DIRECTION AND WORKING CONDITIONS:

Once assigned to DSI all personnel will be controlled and supervised solely by DSI. DSI will be responsible for supervising the personnel and providing a safe working environment on the job site. HiTrak will also provide safety inspections and supplemental safety guidance to its employees through its own safety director.

9.0   EMPLOYING, TERMINATING AND MODIFICATION OF EMPLOYMENT CONDITIONS:

HiTrak has sole authority to employ, terminate and modify the working conditions of the personnel. DSI merely has the option to request personnel from HiTrak and determine when their services are no longer needed. Personnel will remain employees of HiTrak regardless of the action(s) of DSI.

10.0   BASIS OF PAYMENT:

Personnel will be paid on an hourly (including per diem if applicable) basis at a rate established by HiTrak. DSI does not control the pay of the personnel regardless of the tasks performed or the efficiency with which they are performed. Hourly rates will be established by HiTrak based on the market for similar temporary services in the local market.

11.0   WORK SCHEDULE:

Work hours and schedule will be set by DSI as required for its operations. HiTrak simply provides the personnel to DSI on an as needed basis.

12.0   PERSONNEL; NOT SUBCONTRACTORS:

Personnel provided by HiTrak are temporary workers only and not subcontractors of DSI. Personnel will be utilized by DSI as necessary for its normal operations.

DSI 000043

<u>Temporary Worker Services Agreement</u>

13.0   PERSONNEL ARE EMPLOYEES AT WILL:

All Personnel are employees at will of HiTrak and neither HiTrak nor the personnel are bound by an employment contract. Either party is free to terminate the employment relationship at will. DSI is not involved in this process.

*14.0   HITRAK STAFFING, INC. (HITRAK) RESPONSIBILITIES:*

- Evaluate all worksites to which workers may be required to work, the task assignments and potential hazards to identify and eliminate potential safety and health hazards, prior to providing temporary/supplied workers to DSI. Evaluation of host employer's worksites will identify necessary training and protections needed for each worker
- Comply with all federal and/or state Occupational Safety and Health Administration (OSHA) regulations/requirements applicable to temporary/supplied workers. Furthermore, HiTrak shall have the responsibility to meet all OSHA requirements necessary for each worker to be qualified and trained to work in a shipyard environment. At a minimum, HiTrak shall be responsible for providing the following: (1) Shipyard Orientation (to include confined spaces, fall protection, hazard communication training and personal protective equipment (PPE), DSI will assist HiTrak, if requested; (2) Respirators, if required: (a) a medical evaluation to determine the employee's ability to use a respirator; (b) a respirator fit test (for 3M brand half-mask or full-face, unless otherwise specified; and (c) respirator training. HiTrak shall indemnify and hold harmless DSI for any penalty or fine invoked against DSI as a result of HiTrak's failure to comply with any OSHA regulations/requirements
- Ensure that each temporary/supplied worker provided to DSI is trained in the requirements for reporting occupational injuries/illness and the location of the DSI Environmental, Health and Safety Office (EHSO) where medical treatment will be provided
- Provide to, or have available upon request of temporary/supplied worker a document specifying each temporary/supplied worker's specific training and competencies related to the asks to be performed
- Provide each temporary/supplied worker general personal protective equipment (PPE) to include, but not limited to: hard hat, safety glasses, goggles, protective footwear, ear plugs
- Perform inspections host employer's worksites as often as necessary to ensure implementation of DSI's safety and health obligations for temporary/supplied workers
- Immediately notify DSI of any concerns or issues regarding the safety and/or health of any temporary/supplied worker
- Shall maintain contact with temporary/supplied workers and inquire/verify to the extent feasible, that DSI has fulfilled its responsibilities in providing a safe and healthy work environment

<u>Temporary Worker Services Agreement</u>

14.0   HITRAK STAFFING, INC. (HITRAK) RESPONSIBILITIES (continued):

- Follow up on any temporary/supplied worker's safety and health concerns and/or any complaints with DSI management, supervision and/or employees, as well as investigate any injuries, illnesses and/or incidents of near misses
- Post, at a prominent location within the workplace, the <u>OSHA Poster</u> (or the state-plan equivalent) informing employees of their rights and responsibilities
- Within eight (8) hours after the death of any employee as a result of a work-related incident, report the fatality to the Occupational Safety and Health Administration (OSHA), U.S. Department of Labor
- Within twenty-four (24) hours after the in-patient hospitalization of one or more employee(s), employee's amputation and/or an employee's loss of an eye, as a result of a work-related incident, report the in-patient hospitalization, amputation or loss of an eye to OSHA
- Report the fatality, inpatient hospitalization, amputation and/or loss of an eye using one of the following methods:

  - By telephone or in person to the OSHA Area Office nearest to the site of the incident (in South Carolina, Columbia @ 1-803-765-5901)
  - By telephone to the OSHA toll-free central telephone number, 1-800-321-OSHA (1-800-321-6742)
  - By electronic submission using the reporting application located on OSHA's public Web site at www.osha.gov.

- Provide access to employee medical records and exposure records to employees or their authorized representatives
- Provide to the OSHA compliance officer(s) the names of authorized employee representatives who may be asked to accompany the compliance officer during an inspection
- Not discriminate against employees who exercise their rights under the Act
- Post OSHA citations at or near the work area involved. Each citation must remain posted until the violation has been corrected, or for three working days, whichever is longer. Post abatement verification documents or tags
- Correct cited violations by the deadline set in the OSHA citation and submit required abatement verification documentation

15.0   DETYENS SHIPYARDS, INC. (DSI) RESPONSIBILITIES:

- Provide a workplace free from serious recognized hazards and comply with standards, rules and regulations issued under the OSH Act
- Examine workplace conditions to make sure they conform to applicable OSHA regulations/standards
- Provide immediate/direct supervision to HiTrak temporary/supplied workers

# Exhibit E

<u>Temporary Worker Services Agreement</u>

- Ensure HiTrak temporary/supplied workers have and use safe tools and equipment and properly maintain this equipment
- Provide HiTrak temporary/supplied workers specialty tools/equipment
- Provide HiTrak temporary/supplied workers specialty personal protective equipment (PPE), i.e., full-face respirators, personal fall arrest systems (PFASs), personal flotation devices (PFDs)
- Provide HiTrak temporary/supplied workers specialty training as authorized by HiTrak, i.e., powered industrial trucks (PITs), aerial lifts, etc.
- Provide HiTrak temporary/supplied workers training on specific hazardous chemicals used at the DSI facility and make Safety Data Sheets (SDSs, formerly Material Safety Data Sheets (MSDSs)) readily available
- Provide HiTrak temporary/supplied workers specialty medical examinations, i.e. lead testing, and training when required by OSHA standards as authorized by HiTrak
- Establish/update standard operating procedures/guides (SOPs/SOGs) and communicate them such that HiTrak temporary/supplied workers can follow safety and health requirements
- Provide HiTrak temporary/supplied workers first aid/medical treatment and emergency response, as needed; immediately notify HiTrak of same
- In the event a representative of HiTrak is unavailable/unable to be contacted: Within eight (8) hours after the death of any HiTrak temporary/supplied worker as a result of a work-related incident, report the fatality to the Occupational Safety and Health Administration (OSHA), U.S. Department of Labor
- Within twenty-four (24) hours after the in-patient hospitalization of one or more HiTrak temporary/supplied worker(s), employee's amputation and/or an employee's loss of an eye, as a result of a work-related incident, report the in-patient hospitalization, amputation or loss of an eye to OSHA
- Report the fatality, inpatient hospitalization, amputation and/or loss of an eye using one of the following methods:

  - By telephone or in person to the OSHA Area Office nearest to the site of the incident (in South Carolina, Columbia @ 1-803-765-5901)
  - By telephone to the OSHA toll-free central telephone number, 1-800-321-OSHA (1-800-321-6742)
  - By electronic submission using the reporting application located on OSHA's public Web site at www.osha.gov.

DSI 000046

Temporary Worker Services Agreement

16.0   GENERAL:

This is the entire agreement between the parties. This agreement may only be modified in writing signed by both parties. This agreement will be governed by and interpreted in accordance with the laws of South Carolina. This agreement will continue in full force and effect until canceled in writing by both parties. Thirty (30) days written notice is required for cancellation.

Agreed and accepted this 15TH day of JUNE 20 16.

For HITRAK STAFFING, INC.                              For DETYENS SHIPYARDS, INC.

_____                              _____
Jonathan Stewart                                       Leo Fary
General Manager                                        Secretary/Treasurer