# TEMPORARY WORKER SERVICES AGREEMENT

Southern Skill Trades (SST) is a staffing agency that provides *temporary* workers to host employers. This Agreement between SST and HiTrak Staffing, Inc. (HiTrak), host employer, is for SST to provide skilled personnel on a time and material basis to HiTrak.

**1.0    SERVICES PROVIDED:**

SST agrees to provide skilled personnel to HiTrak on a time and material basis pursuant to HiTrak's request(s) for all crafts. HiTrak will specify the number and trade type personnel requested. Such personnel will be provided to HiTrak to be utilized by HiTrak in its sole discretion until such time as HiTrak determines that the personnel are no longer required. HiTrak is under no obligation to utilize any particular number or type of personnel, nor for any particular length of time.

**2.0    RATES FOR SERVICES:**

Rates for personnel will be mutually agreed between SST and HiTrak. A schedule of rates for out of area personnel will be established from time to time as agreed between SST and HiTrak.

**3.0    PAYMENT TERMS:**

Net 15.

**4.0    INVOICES:**

SST will submit invoices to HiTrak on a weekly basis. HiTrak will acknowledge the services provided. No offsets shall apply to the invoices.

**5.0    INSURANCE:**

SST will maintain at SST's expense the following coverages: (1) Full worker's compensation insurance including, but not limited to, SST's under the US Longshoremen's and Harbor Workers Compensation Act, in strict compliance with the most current and applicable state and/or federal worker's compensation laws; (2) Employer's Liability Insurance coverage for both injury and death resulting from accident, sickness or disease. Certificates of insurance will be provided to HiTrak by SST.

**6.0    EMPLOYER:**

All personnel provided to HiTrak by SST will remain employees of SST only and not that of HiTrak.

7.0 PAYMENT OF WAGES:

All wages (and benefits, if any) of personnel will be paid solely by SST and not by HiTrak.

8.0 DIRECTION AND WORKING CONDITIONS:

Once assigned to HiTrak all personnel will be controlled and supervised solely by our customer, Detyens Shipyards, Inc. Detyens Shipyards will be responsible for supervising the personnel and providing a safe working environment on the job site.

9.0 EMPLOYING, TERMINATING AND MODIFICATION OF EMPLOYMENT CONDITIONS:

SST has sole authority to employ, terminate and modify the working conditions of the personnel. HiTrak merely has the option to request personnel from SST and determine when their services are no longer needed. Personnel will remain employees of SST regardless of the action(s) of HiTrak.

10.0 BASIS OF PAYMENT:

Personnel will be paid on an hourly (including per diem if applicable) basis at a rate established by SST. HiTrak does not control the pay of the personnel regardless of the tasks performed or the efficiency with which they are performed. Hourly rates will be established by SST based on the market for similar temporary services in the local market.

11.0 WORK SCHEDULE:

Work hours and schedule will be set by our customer Detyens Shipyards Inc. as required for its operations. SST simply provides the personnel to HiTrak on an as needed basis.

12.0 PERSONNEL; NOT SUBCONTRACTORS:

Personnel provided by SST are temporary workers only and not subcontractors of HiTrak. Personnel will be utilized by HiTrak as necessary for its normal operations.

13.0 PERSONNEL ARE EMPLOYEES AT WILL:

All Personnel are employees at will of SST and neither SST nor the personnel are bound by an employment contract. Either party is free to terminate the employment relationship at will. HiTrak is not involved in this process.

## 14.0 SOUTHERN SKILL TRADES, LLC (SST) RESPONSIBILITIES:

- Evaluate all worksites to which workers may be required to work, the task assignments and potential hazards to identify and eliminate potential safety and health hazards, prior to providing temporary workers. Evaluation of host employer's worksites will identify necessary training and protections needed for each worker
- Comply with all federal and/or state Occupational Safety and Health Administration (OSHA) regulations/requirements applicable to temporary workers. Furthermore, SST shall have the responsibility to meet all OSHA requirements necessary for each worker to be qualified and trained to work in a shipyard environment. HiTrak will assist by providing the following: (1) Shipyard Orientation (to include confined spaces, fall protection, hazard communication training and personal protective equipment (PPE), *DSI* will assist HiTrak, if requested; (2) Respirators, if required: (a) a medical evaluation to determine the employee's ability to use a respirator; (b) a respirator fit test (for 3M brand half-mask or full-face, unless otherwise specified; and (c) respirator training. SST shall indemnify and hold harmless HiTrak and/or *DSI* for any penalty or fine invoked against Hitrak and/or *DSI* as a result of SST's failure to comply with any OSHA regulations/requirements
- Ensure that each temporary worker provided to HiTrak is trained in the requirements for reporting occupational injuries/illness and the location of the *DSI* Environmental, Health and Safety Office (EHSO) where first aid will be provided
- Provide to, or have available upon request of temporary worker a document specifying each worker's specific training and competencies related to the tasks to be performed. HiTrak will provide the training and maintain the original training documents on behalf of SST. Copies are available upon request
- Provide each temporary worker general personal protective equipment (PPE) to include, but not limited to: hard hat, safety glasses, googles, protective footwear, ear plugs
- Perform inspections of host employer's worksites as often as necessary to ensure implementation of HiTrak's safety and health obligations for temporary workers
- Immediately notify HiTrak of any concerns or issues regarding the safety and/or health of any temporary worker
- Shall maintain contact with temporary workers and inquire/verify to the extent feasible, that HiTrak has fulfilled its responsibilities in providing a safe and healthy work environment
- Follow up on any temporary worker's safety and health concerns and/or any complaints with HiTrak management, supervision and/or employees, as well as investigate any injuries, illnesses and/or incidents of near misses
- If requested, post, at a prominent location within the workplace, the <u>OSHA Poster</u> (or the state-plan equivalent) informing employees of their rights and responsibilities
- Within eight (8) hours after the death of any employee as a result of a work-related incident, report the fatality to the Occupational Safety and Health Administration (OSHA), U.S. Department of Labor

**Exhibit F**

14.0    **SOUTHERN SKILL TRADES, LLC (SST) RESPONSIBILITIES** (continued):

- Within twenty-four (24) hours after the in-patient hospitalization of one or more employee(s), employee's amputation and/or an employee's loss of an eye, as a result of a work-related incident, report the in-patient hospitalization, amputation or loss of an eye to OSHA
- Report the fatality, inpatient hospitalization, amputation and/or loss of an eye using one of the following methods:

    - By telephone or in person to the OSHA Area Office nearest to the site of the incident (in South Carolina, Columbia @ 1-803-765-5901)
    - By telephone to the OSHA toll-free central telephone number, 1-800-321-OSHA (1-800-321-6742)
    - By electronic submission using the reporting application located on OSHA's public Web site at *www.osha.gov*.

- Provide access to employee medical records and exposure records to employees or their authorized representatives
- Provide to the OSHA compliance officer(s) the names of authorized employee representatives who may be asked to accompany the compliance officer during an inspection
- Not discriminate against employees who exercise their rights under the Act
- Post OSHA citations at or near the work area involved. Each citation must remain posted until the violation has been corrected, or for three working days, whichever is longer. Post abatement verification documents or tags
- Correct cited violations by the deadline set in the OSHA citation and submit required abatement verification documentation

15.0    **HITRAK STAFFING, INC. (HITRAK) RESPONSIBILITIES IN COORDINATION WITH OUR CUSTOMER:**

- Provide a workplace free from serious recognized hazards and comply with standards, rules and regulations issued under the OSH Act
- Examine workplace conditions to make sure they conform to applicable OSHA regulations/standards
- Provide immediate/direct supervision to SST temporary workers
- Ensure SST temporary workers have and use safe tools and equipment and properly maintain this equipment
- Provide SST temporary workers specialty tools/equipment
- Provide SST temporary workers specialty personal protective equipment (PPE), i.e., full-face respirators, personal fall arrest systems (PFASs), personal flotation devices (PFDs)
- Provide SST temporary workers specialty training as authorized by SST, i.e., powered industrial trucks (PITs), aerial lifts, etc.
- Provide SST temporary workers training on specific hazardous chemicals used at the *DSI* facility and make Safety Data Sheets (SDSs, formerly Material Safety Data Sheets (MSDSs)) readily available

DSI 000121

<u>Temporary Worker Services Agreement</u>

- Provide SST temporary workers specialty medical examinations, i.e. lead testing, and training when required by OSHA standards as authorized by SST
- Establish/update standard operating procedures/guides (SOPs/SOGs) and communicate them such that SST temporary workers can follow safety and health requirements
- Provide SST temporary workers first aid/medical treatment and emergency response, as needed; immediately notify SST of same
- In the event a representative of SST is unavailable/unable to be contacted: Within eight (8) hours after the death of any SST temporary worker as a result of a work-related incident, report the fatality to the Occupational Safety and Health Administration (OSHA), U.S. Department of Labor
- Within twenty-four (24) hours after the in-patient hospitalization of one or more SST temporary worker(s), employee's amputation and/or an employee's loss of an eye, as a result of a work-related incident, report the in-patient hospitalization, amputation or loss of an eye to OSHA
- Report the fatality, inpatient hospitalization, amputation and/or loss of an eye using one of the following methods:

    - By telephone or in person to the OSHA Area Office nearest to the site of the incident (in South Carolina, Columbia @ 1-803-765-5901)
    - By telephone to the OSHA toll-free central telephone number, 1-800-321-OSHA (1-800-321-6742)
    - By electronic submission using the reporting application located on OSHA's public Web site at *www.osha.gov*.

**16.0   GENERAL:**

This is the entire agreement between the parties. This agreement may only be modified in writing signed by both parties. This agreement will be governed by and interpreted in accordance with the laws of South Carolina. This agreement will continue in full force and effect until canceled in writing by both parties. Thirty (30) days written notice is required for cancellation.

Agreed and accepted this 22 day of September 2016.

For Southern Skill Trades, LLC.                           For HiTrak Staffing, INC.

_____                           _____
Rene Colima                                             Jonathan Stewart
President                                               General Manager

**Exhibit F**



| | | | | | SOUTSKI-01 | KSTPIERRE |
|---|---|---|---|---|---|---|

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 09/06/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Paul's Insurance Services, LLC
321 Bayou Gardens Blvd.
Houma, LA 70364

CONTACT NAME: Kelly St. Pierre
PHONE (A/C, No, Ext): (985) 868-0715 4251
FAX (A/C, No): (985) 851-7447
E-MAIL ADDRESS: kstpierre@paulsagency.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: RLI Insurance Company | 13056 |
| INSURER B: American Longshore Mutual Association | |
| INSURER C: PMA Insurance Group | 12262 |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

**INSURED**
Southern Skill Trades, Inc.
148 Capital Blvd.
Houma, LA 70360

**COVERAGES**        CERTIFICATE NUMBER:        REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **COMMERCIAL GENERAL LIABILITY** [X] CLAIMS-MADE [X] OCCUR | X | | MLP0200323 | 09/07/2018 | 09/07/2019 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $50,000 |
| | | | | | | | MED EXP (Any one person) | $5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: [X] POLICY [ ] PRO-JECT [ ] LOC OTHER: | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $1,000,000 |
| A | **AUTOMOBILE LIABILITY** ANY AUTO, OWNED AUTOS ONLY, [X] SCHEDULED AUTOS, [X] HIRED AUTOS ONLY, [X] NON-OWNED AUTOS ONLY | | | MAP000025 | 09/07/2018 | 09/07/2019 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| A | [X] **UMBRELLA LIAB** [X] OCCUR [X] **EXCESS LIAB** [ ] CLAIMS-MADE DED [ ] RETENTION $ | | | MEX0200135 | 09/07/2018 | 09/07/2019 | EACH OCCURRENCE | $5,000,000 |
| | | | | | | | AGGREGATE | $5,000,000 |
| | | | | | | | | $ |
| B | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | ALMA01526-03 | 05/01/2018 | 05/01/2020 | [X] PER STATUTE [ ] OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $1,000,000 |
| C | State Act WC | | | 0847624Y | 05/01/2018 | 05/01/2019 | | 1,000,000 |
| B | Maritime E.L. | | | ALMA01526-03 | 05/01/2018 | 05/01/2020 | | 1,000,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
General Liability:
Blanket Waiver of Subrogation as required by written contract
Blanket Additional Insured as required by written contract
Blanket Primary Insurance Wording as required by written contract
Gulf of Mexico Extension
In Rem
Sudden and Accidental Pollution
SEE ATTACHED ACORD 101

**CERTIFICATE HOLDER**

Hitrak Staffing, Inc/Detyens Shipyard
1670 Drydock Ave
N. Charleston, SC 29405

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE

*[signature]*

ACORD 25 (2016/03)        © 1988-2015 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

DSI 000123



AGENCY CUSTOMER ID: SOUTSKI-01        KSTPIERRE
LOC #: 1

## ADDITIONAL REMARKS SCHEDULE

Page 1 of 1

**AGENCY**
Paul's Insurance Services, LLC

**POLICY NUMBER**
SEE PAGE 1

**CARRIER**
SEE PAGE 1

**NAIC CODE**
SEE P 1

**NAMED INSURED**
Southern Skill Trades, Inc.
148 Capital Blvd.
Houma, LA 70360

**EFFECTIVE DATE:** SEE PAGE 1

### ADDITIONAL REMARKS

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,
FORM NUMBER: ACORD 25    FORM TITLE: Certificate of Liability Insurance

Description of Operations/Locations/Vehicles:
Blanket Contractual Liability
Action Over
Per Project Aggregate Endorsement
Care, Custody, Control Amendment - Shiprepairer's Legal Liability
Non-Owned Watercraft Endorsement

Auto:
Blanket Waiver of Subrogation as required by written contract
Blanket Additional Insured as required by written contract

Excess Liability:
Blanket Waiver of Subrogation as required by written contract
Blanket Additional Insured as required by written contract

Workers Comp/USL&H/Maritime E.L.:
Outer Continental Shelf Act Endorsement
Gulf of Mexico Extension Endorsement
Blanket Alternate Employer endorsement as required by written contract
Blanket Waiver of Subrogation as required by written contract
Maritime E.L.
TWM&C
Death on the High Seas
USL&H Act

ACORD 101 (2008/01)                © 2008 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

DSI 000124