# Exhibit G

## DAILY JOB SAFETY (HAZARDS) ANALYSIS (JSHA)
### DETYENS SHIPYARDS, INC.

DEPARTMENT: Hull

| VESSEL: USNS LUMMUS | SHIFT: | DS ( x )  NS ( ) | DATE: 4 - 3 - 19 |
| LOCATION: "H" PIER | | N/A ( ) | ANALYSIS BY: C. Lynch |

**What conditions need to be addressed?  What are the specific hazards?  How hazards going to be controlled?**

| POTENTIAL HAZARDS | ENGINEERING CONTROLS | | WORK PRACTICE CONTROLS | |
|---|---|---|---|---|
| Noise | Confined Space Entry Required? | (√) YES ( ) NO | Permit To Work (PTW) Required? | (√) YES ( ) NO |
| Ergonomics | Marine Chemist Cert Required? | (√) YES ( ) NO | Permit To Work (PTW) Required? | (√) YES ( ) NO |
| Ventilation | Competent Person Chk Required? | (√) YES ( ) NO | Permit To Work (PTW) Required? | (√) YES ( ) NO |
| Temperature | Hotwork Required? | (√) YES ( ) NO | Permit To Work (PTW) Required? | (√) YES ( ) NO |
| Lighting | Working At Heights Required? | (√) YES ( ) NO | Permit To Work (PTW) Required? | ( ) YES (√) NO |
| Slips/Trips/Falls | Lockout/tagout Plus Required? | (√) YES ( ) NO | Permit To Work (PTW) Required? | ( ) YES (√) NO |
| Electrical Shock | Crane/Lifting Op's Required? | ( ) YES (√) NO | Permit To Work (PTW) Required? | ( ) YES (√) NO |
| Stored Energy | SPECIAL/ADDITIONAL PERSONAL PROTECTIVE EQUIPMENT (PPE) REQUIRED? | | | |
| Adjacent Activities | | | | |
| Other: | | | | |

| SPECIFIC TASK | HAZARD(S) | CORRECTIVE ACTION(S) |
|---|---|---|
| Torch Cutting, Welding, Grinding, Drilling, JLG Operations | Fire, Smoke, Burns, Grinding Dust, Back Injuries, Trips and Falls, Noise, Electrical Shock, Air Quality, Temporary Pinch Points and ongoing painting in the dry dock | Be aware of your surroundings, Use PPE, Lifting Techniques. Ensure Certificates for spaces are up to date.  Use fall protection where needed.  Ensure ventilation and lighting is appropriate licensed operators for JLG.  Use Life Vest when needed.          Sea consciente de su entorno, utilice EPI, técnicas de elevación. Asegúrese de que los Certificados de espacios estén actualizados. Use protección contra caídas cuando sea necesario. Asegúrese de que la ventilación y la iluminación sean operadores con licencia apropiados para JLG. Utilice el chaleco salvavidas cuando sea necesario. |
| Corte de Plasma, Soldadura, Rectificado, Perforación, Operaciones JLG | Fuego, humo, quemaduras, polvo abrasador, lesiones de espalda, viajes y caídas, ruido, choque eléctrico, calidad del aire, puntos de pellizco temporales y movimiento de la nave | |

| DAILY CHECK | YES | NO | DAILY CHECK | YES | NO |
|---|---|---|---|---|---|
| Hard Hat | √ | | Housekeeping Satisfactory | √ | |
| Safety Glasses | √ | | Chemicals/Paints Properly Stored | √ | |
| Faceshield/Googles | √ | | Escape/Evac. Routes Identified | √ | |
| Hearing Protection | √ | | Trade Litter/Trash Removed | √ | |
| Fall Protection | √ | | Gas Free Certificate Verified | √ | |
| Appropriate Gloves For Task | √ | | Firewatches On-Site As Required | √ | |

**CREW SIGN-OFF: DO YOU UNDERSTAND THE REQUIREMENTS NECESSARY TO ACCOMPLISH THE WORK SAFELY?**

| NAME (PRINT) | SIGNATURE | BADGE NUMBER |
|---|---|---|
| Jose M. Brokal | Jose M. B. | 3124 |
| Jose Melendez | Jose Melendez | 6285 |
| David Santos | David Santos | 4675 |
| Omar Quinones C | Omar Quinones C | 0040 |
| Joseph Mills (?) | Mills | 5116 |
| Casiodio Rell | Rell | 1656 |
| Jean Carlos Santana | J C Santana | 0397 |
| Angel A Negron | | 3381 |
| Ramon Krisner | | 8935 |
| Juana Duran | Juana Duran | 8426 |

DSI 000002

# Exhibit G

## DAILY WORK (JOB) SHEET
### DETYENS SHIPYARDS, INC.

| VESSEL/LOCATION | JOB # | DSI # | DATE |
|---|---|---|---|
| USNS LUMMUS "H" PIER | 850159 | | 4-3-19 |

| ITEM # | ITEMS WORKING |
|---|---|
| # 0601.02 | Lifeboat Davits P/s: Portside Lifeboat davits Are complete and working repairs on STBD side As per Palfinger reports. |
| # 0523 | Stern Door: Begin welding new hinge plates as per Mac Gregor rep. |
| # 0523 | Crane Cabs: Continue renewals such As handrails, ladders and doughnut inserts. |
| # 0125.03 | Cargo louver flanges: weld remaining flat-bars and radius pieces [wo #2 & #3 Fan houses. |
| # 0527.04 | Centerline winch Foundation: Continue to fab-icate new foundation and prep existing Area for new foundation. |
| # 0523 | W-L Foundations: Continue renewals and repairs as directed. |
| # 0513.01 | Stern Ramp: Continue repairs as per Mac Gregor report. |

### CREW SIGN-OFF DO YOU UNDERSTAND THE REQUIREMENTS NECESSARY TO ACCOMPLISH THE WORK SAFELY?

| NAME (PRINT) | SIGNATURE | BADGE NUMBER |
|---|---|---|
| Kervin M. Vega | KMV | 8513 |
| Hineker penton | | 8665 |
| Oscar Garcia | | 6369 |
| Alberto Viraira | | 8593 |
| Jamil Joye | | 8003 |
| Jose Pena | Jose Pena | 8323 |
| Luis Lec | | 3055 |
| Octavia Frazier | octavia frazier | 4447 |
| Kreashra Miller | Kreshra No | 3799 |
| | Tossi | |
| | | 3035 |
| | | 8-30 |
| | | 8536 |
| | LX11 | |
| German Paiz alban | german Paiz alban | 8406 |