

Deposition of:
# Thomas Wesley Mooney

*December 15, 2021*

In the Matter of:

# Provence, Tiffany N v. United States of America, et al

Veritext Legal Solutions
800.743.DEPO (3376) | Calendar-carolinas@veritext.com |
www.veritext.com

**Exhibit I**

Thomas Wesley Mooney                    December 15, 2021
Provence, Tiffany N v. United States of America, et al

Page 44

```
 1          A.   Well, Mr. Lynch was involved in writing
 2   the statements and everything on that -- that same
 3   day.
 4          Q.   Now, I asked you earlier if you talked
 5   to anybody about these incidents and I think you
 6   said you did not.  Is that true?
 7          A.   Correct.
 8          Q.   Did you ever speak to Mr. Lynch
 9   directly?
10          A.   No, sir, he just wrote a statement.
11          Q.   Okay.  And so maybe I'm not following
12   you.
13               Based on Mr. Lynch's statement, you now
14   know that Mr. Hernandez was being controlled by
15   Mr. Lynch or supervised by Mr. Lynch?
16          A.   Mr. Lynch was the only supervisor that
17   came to fill out a statement; therefore, he -- and
18   he was the supervisor for the hull shop that was
19   running that job.  And Mr. Hernandez was working
20   for the hull shop, so he would would've worked for
21   Mr. Lynch.
22          Q.   I see.
23               How do you know that Mr. Hernandez was
24   working for the hull shop, which it sounds like you
25   didn't know on April 3rd, 2019?
```