**Exhibit J**



Deposition of:
# James Justin Lyles

*December 14, 2021*

In the Matter of:

# Provence, Tiffany N v. United States of America, et al

Veritext Legal Solutions
800.743.DEPO (3376) | Calendar-carolinas@veritext.com |
www.veritext.com

## Exhibit J

James Justin Lyles  December 14, 2021
Provence, Tiffany N v. United States of America, et al

Page 110

```
1    doing on board the Lummus?
2         A.   As in?
3         Q.   Do you agree that Detyens Shipyard
4    personnel had the power to control Mr. Hernandez in
5    the performance of his work on board the Lummus?
6         A.   Yes.
7         Q.   And would you agree that Hitrak and
8    Southern Skills did not have the power to control
9    Mr. Hernandez in the performance of his work?
10        A.   Yes.
11        Q.   Okay.  You were asked several questions
12   today about production meetings.
13        A.   Yes, sir.
14        Q.   Would you agree that no two production
15   meetings are exactly the same?
16        A.   That is true.
17        Q.   And if you did not attend a particular
18   production meeting, then you could not testify as
19   to exactly what was discussed during that meeting,
20   correct?
21        A.   That is true.
22        Q.   If you did not attend a particular
23   production meeting, then you would not know exactly
24   who attended that meeting, correct?
25        A.   That is true.
```