**Exhibit K**

Jonathan G Stewart February 9, 2022
Provence, Tiffany N v. United States of America, et al

```
                                                          Page 1

 1           IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF SOUTH CAROLINA
 2                   CHARLESTON DIVISION
                       IN ADMIRALTY
 3
 4
 5
     TIFFANY N. PROVENCE, AS THE PERSONAL REPRESENTATIVE
 6   OF THE ESTATE OF JUAN ANTONIO VILLALOBOS HERNANDEZ,

 7
                     Plaintiff,
 8
           vs.                  CASE NO. 2:21-cv-965-RMG
 9
     UNITED STATES OF AMERICA,
10   CROWLEY MARITIME CORPORATION,
     CROWLEY GOVERNMENT SERVICES, INC.,
11   DETYENS SHIPYARD, INC. AND
     HIGHTRAK STAFFING, INC. D/B/A
12   HITRAK STAFFING, INC.,
13               Defendants.
14
15
     30(b)(6)
16   DEPOSITION OF:    DETYENS SHIPYARD, INC.
                       BY: JONATHAN G. STEWART
17
     DATE:             February 9, 2022
18
     TIME:             2:56 PM
19
     LOCATION:         Detyens Shipyards, Inc.
20                     1670 Dry Dock Avenue, Suite 200
                       Building 236
21                     North Charleston, SC
22   TAKEN BY:         Counsel for the Plaintiff
23   REPORTED BY:      TERRI L. BRUSSEAU
24
25
```

Page 16

1   were done and the work that was done?
2        A.   That's correct.
3        Q.   Okay.  And it says in here, and I was
4   asking Mr. Fary about that, the rates for it under
5   2.0.  Rates for personnel will be mutually agreed
6   between HiTrak and Detyens.  Are you involved in
7   that process?
8        A.   Initially.
9        Q.   Okay.  And tell me about that.  How
10  does that work?
11       A.   Typical markup.  It's -- if I pay an
12  employee 15 dollars an hour, I might charge Detyens
13  $22.50.
14       Q.   Okay.  And so what is the typical
15  markup, just ballpark?
16       A.   Somewhere between 50 and 60 percent.
17       Q.   Okay.
18       A.   Of the wage.
19       Q.   Yeah.
20       A.   Yeah.
21       Q.   So to use round numbers, if you're
22  paying somebody ten dollars an hour, you would
23  charge Detyens --
24       A.   Fifteen.
25       Q.   -- at least 15?

**Exhibit K**

Jonathan G Stewart                              February 9, 2022
Provence, Tiffany N v. United States of America, et al

Page 17

1       A.    Yes.
2       Q.    Sometimes 16?
3       A.    That's correct.
4       Q.    Is it -- and we're going to get to the
5    contract with Southern Skill, but is the
6    relationship between HiTrak and Southern Skills
7    very similar to the relationship between Detyens
8    and HiTrak contractually?
9       A.    Yes.
10      Q.    Okay.
11      A.    I would believe so.
12      Q.    Right.  I mean, it kind of works the
13   same, doesn't it?
14      A.    Yes.
15      Q.    You call Southern Skill --
16      A.    Southern Skill bills HiTrak and we pay
17   them for their invoices, yes.
18      Q.    Okay.  But is it then true that HiTrak
19   actually has no real hand in the execution of the
20   work?
21      A.    That's correct.
22      Q.    All right.  All of the execution of the
23   work is handled by Detyens, not by HiTrak?
24      A.    That's correct.
25      Q.    All right.  But HiTrak does do some

**Exhibit K**

Jonathan G Stewart                                February 9, 2022
Provence, Tiffany N v. United States of America, et al

Page 28

```
 1              Q.    Okay.  How does that work?
 2              A.    The supervisors.
 3              Q.    Okay.  They can fire somebody from the
 4     contract?
 5              A.    Um-hum.
 6              Q.    Yes?
 7              A.    Yes.
 8              Q.    And then can HiTrak hire and fire
 9     somebody at Southern Skills?
10              A.    No.
11              Q.    All right.  Because all of the hiring
12     and firing decisions for people like Mr. Hernandez
13     who work for Southern Skill have to be done by
14     Southern Skill, is that correct?
15              A.    Right.  That's correct.
16              Q.    All right.  And if a Detyens supervisor
17     wants to fire a HiTrak employee, would they notify
18     you?
19              A.    Notify us that they want them off the
20     job.
21              Q.    And that's the end of it?
22              A.    That's it.
23              Q.    Okay.  And if you get that kind of
24     notification, you'll tell that worker they're fired
25     from HiTrak?
```