Page 1

```
 1              UNITED STATES DISTRICT COURT
                DISTRICT OF SOUTH CAROLINA
 2                  CHARLESTON DIVISION
                       IN ADMIRALTY
 3
 4     TIFFANY N. PROVENCE, AS THE
       PERSONAL REPRESENTATIVE OF
 5     THE ESTATE OF JUAN ANTONIO
       VILLALOBOS HERNANDEZ,
 6
                   Plaintiff,
 7
             vs.           CASE NO. 2:21-cv-965-RMG
 8
       UNITED STATES OF AMERICA,
 9     CROWLEY MARITIME CORPORATION,
       CROWLEY GOVERNMENT SERVICES,
10     INC., DETYENS SHIPYARDS, INC.
       AND HIGHTRAK STAFFING, INC.
11     D/B/A HIGHTRAK STAFFING, INC.,
12                 Defendants.
13
       VTC
14     30(b)(6)
       (CONTINUED)
15     DEPOSITION OF:   CROWLEY GOVERNMENT
                        SERVICES BY PAUL VARGHESE
16
17     DATE:            March 9, 2022
18     TIME:            10:44 AM
19     LOCATION:        Hines & Gilsenan, LLC
                        1535 Hobby Street, Suite 203D
20                      Charleston Navy Yard
                        North Charleston, SC
21
       TAKEN BY:        Counsel for the Plaintiff
22
       REPORTED BY:     Priscilla Nay,
23                      Court Reporter
                        (Remotely via VTC)
24
25
```

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com



Page 225

1    to mark that as exhibit as 14.
2                MR. YOUNG:  Yeah.  Okay.  Ryan, just
3    help me out.  Are you marking a couple pages or the
4    whole 200 pages?
5                MR. GILSENAN:  Just the excerpt that we
6    used.  That way I'm not marking the whole thing.
7    I've got the cover page and the pages we cited.
8                MR. YOUNG:  Okay.
9                (EXHIBIT 14, Vessel Defendants
10   1026-1227 GTR COMSC, was marked for
11   identification.)
12   BY MR. GILSENAN:
13       Q.   Can you tell me what this document is.
14   What is its purpose?
15       A.   This is the guidelines from the Navy
16   for writing and preparing the specification for
17   (inaudible) vessels.
18       Q.   Okay.  For that --
19               THE COURT REPORTER:  I'm sorry.
20   Writing the specification for --
21               THE WITNESS:  MSC, Military Sealift
22   Command vessels.
23               THE COURT REPORTER:  Thank you.
24   BY MR. GILSENAN:
25       Q.   And that's the Navy telling the

Page 226

1    contract operator, Crowley Government Services, how
2    to write the shipyard spec --
3            A.   Or to prepare a spec, yes.
4            Q.   -- for shipyards?
5            A.   Shipyards.
6                 (EXHIBIT 15, Vessel Defendants 1024 -
7    DSI bid, was marked for identification.)
8    BY MR. GILSENAN:
9            Q.   Next I want to look at a document I
10   circulated yesterday.  It's Vessel Defendants 1019
11   to 1024.  I would like to mark that this as Exhibit
12   15.  Can you tell me what this document is.
13           A.   This the Detyens contract and as we
14   discussed earlier the specification was sent to
15   the bidders.  The bidders get a session to ask
16   questions whether they have any kind of
17   clarification needed, any doubts they have or the
18   specs they have the opportunity to ask questions to
19   clarify that.
20                Then this is the document after that
21   Detyens submitted on 1 August that they bid on it.
22   This is the -- the whole bid where the pricing is
23   you know set up, numbers there.  Then that one they
24   provided clarifications and exceptions.  This is
25   the place where Detyens -- so Detyens has any kind

Exhibit E

Page 227

1  of clarification they needed or they wanted to get
2  to started with certain work.  This is the document
3  that stated that.
4           They said that, you know, for example
5  this particular one work item we will not be
6  working on it.  However, specifications -- you
7  know, specifically not identified any kind of --
8  you know, any of those -- their concerns they
9  notified to the -- to Crowley using this document.
10          But in this case Item Number 601 does
11 not have any clarifications, any -- does not have
12 any questions or exceptions.  That means Detyens --
13 Crowley -- Crowley's understanding is that Detyens
14 understood this.  They accepted it and priced it to
15 do their job completely.
16     Q.   What was Item 601?
17     A.   601 is the one with the lifeboat davit
18 inspection and repairs.
19     Q.   Okay.  So this letter of August 1st,
20 2018, that's a couple months before the ship
21 arrived?
22     A.   Yes.  That was the time of the contract
23 award.
24     Q.   Okay.  And so in this letter if Detyens
25 in being awarded the contract has any questions

1    about parts of the repair specification they would
2    raise those questions with this letter?
3            A.   Yes.  Correct.
4            Q.   And did they raise any questions
5    regarding the specification for Item 601, repair of
6    the lifeboat davit, how they would do it?
7            A.   No, nothing about those items.
8    They had -- they had -- I asked questions about
9    item Number 112, 130, 132.  There are many of them.
10   I don't want to read all of them, but they did not
11   ask any questions and they did not take any
12   exception on the items for lifeboat repairs.
13           Q.   Okay.  And do you imagine if Detyens
14   had had questions or concerns about being able to
15   perform Item 601 davit repairs where would they
16   have raised those concerns?
17           A.   They would have raised it during
18   question/answer.  They could have written in 601
19   if they had, you know, any kind of method of
20   restraining or they more wanted more information on
21   that or on the repairs.  They -- they could have
22   provided that information to us.
23           Q.   They would have asked that in this
24   Exhibit 15 letter?
25           A.   Letter, yes.

1    Q.   And they did not do so?
2    A.   They did not do so.
3    Q.   And that left Crowley Government
4    Services thinking Detyens was satisfied they could
5    do the job without additional documents?
6    A.   Our understanding is that Crowley --
7    I mean Detyens fully understood the spec.  They
8    priced it and they will be -- they are ready to do
9    the job.
10   Q.   Okay.  And are you aware of Detyens
11   shipyards's safety and health officers who work for
12   the shipyard and patrol the ships?
13   A.   I have -- I have seen one or two when I
14   was there and -- sometimes there but I don't --
15   Q.   I'm not asking if you know them
16   personally.  I'm saying, do you know that they
17   exist?
18   A.   Yeah, they do.
19   Q.   Okay.  And I understand they're tasked
20   with implementing and supervising Detyens
21   Shipyards' SMS system.
22   A.   Yes.
23   Q.   Okay.  And presumably that is an
24   expense that customers pay for in paying for the
25   job to repair the ship?

**Exhibit E**