Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF SOUTH CAROLINA
 2                    CHARLESTON DIVISION
                         IN ADMIRALTY
 3
 4   TIFFANY N. PROVENCE, AS THE
     PERSONAL REPRESENTATIVE OF
 5   THE ESTATE OF JUAN ANTONIO
     VILLALOBOS HERNANDEZ,
 6
                   Plaintiff,
 7
            vs.                    CASE NO. 2:21-cv-965-RMG
 8
     UNITED STATES OF AMERICA,
 9   CROWLEY MARITIME
     CORPORATION, CROWLEY
10   GOVERNMENT SERVICES, INC.,
     DETYENS SHIPYARDS, INC., AND
11   HIGHTRAK STAFFING, INC. D/B/A
     HITRAK STAFFING, INC.,
12
                   Defendants.
13   CONTINUED
     30(b)(6) ZOOM
14   DEPOSITION OF:   CROWLEY GOVERNMENT SERVICES, INC
                      BY: PAUL VARGHESE
15
16   DATE:            June 21, 2022
17
     TIME:            10:07 A.M.
18
19   LOCATION:        Offices of
                      Crowley Maritime Corporation
20                    9487 Regency Square Boulevard
                      Jacksonville, FL
21
22   TAKEN BY:        Counsel for the Plaintiff
23
     REPORTED BY:     Wanda K. Cecil
24                    Certified Court Reporter
                      (Appearing by Zoom)
25   _____
```

Exhibit J

Page 118

1   is -- that is the intent of writing this like that.
2        Q.   Okay.  And in the davit repairs, how did
3   Crowley tell the shipyard to do the work?
4        A.   We told the shipyard to restrain the
5   davit arm when the falls are removed and conduct the
6   repairs and then reinstall the falls and bring the
7   boat back.  That is in Specification 601.
8        Q.   And what is the MSC general technical
9   requirement guidance on how to instruct the shipyard
10  to do the work?
11       A.   Give the intent of work, general design
12  of the work.  Not to tell them how to do their job.
13       Q.   Okay.  And let's go back to how Crowley
14  tagged out the lifeboat davit system as a whole in
15  order to support the shipyard.  Where was the first
16  tag out?
17       A.   The first tag out normally at the
18  control room, where the main breaker is.
19       Q.   In the engine control room?
20       A.   Engine control room.  Yes.
21       Q.   Okay.  And where is the second tag out?
22       A.   That is located at the operating station
23  where the lifeboats are operated, lower and raise.
24       Q.   Out on the deck?
25       A.   Yeah.  It's on the deck.

Exhibit J

```
 1         Q.    Okay.  And how many tags is that?
 2         A.    That is two.
 3         Q.    Okay.  And how many methods of isolation
 4   is that?
 5         A.    Two.
 6         Q.    And earlier in your testimony you give
 7   an example of overhauling the main engine.  To tag
 8   out the main engine, you would tag out the starter,
 9   the fuel oil, the start air distribution valve, and
10   the power to the engine?
11         A.    Yeah.
12         Q.    Now, how would you expect the shipyard
13   to deal with, once the engine is tagged out like
14   that, individual episodes of stored energy such as
15   lifting a piston out of the main engine?
16         A.    Yeah.  The shipyard, they use mitigation
17   methods and then also the proper lifting tactics to,
18   you know, lift that thing to make sure that there's
19   no -- it did not release and no accident happens.
20         Q.    What machine would they use to lift the
21   piston?
22         A.    The crane or chain fall sometime.
23         Q.    (Unintelligible.)
24               THE COURT REPORTER:  Wait.  Ryan, you're
25   breaking up again.
```

```
 1   BY MR. GILSENAN:
 2        Q.   Sorry.  A crane or a chain fall?
 3        A.   Yeah.
 4        Q.   Would you expect tag outs to occur in
 5   addition to the engine as described on the
 6   individual crane lifts and chain falls lifts?
 7        A.   It's never done.
 8        Q.   Okay.
 9             THE COURT REPORTER:  I'm sorry.  Say
10   that again.  What was your answer?
11             THE WITNESS:  It is never done.
12             THE COURT REPORTER:  Got you.
13   BY MR. GILSENAN:
14        Q.   Okay. And how would that main engine
15   example apply to the davit system as a whole, if it
16   would apply at all?
17        A.   The davit system is the same.  The davit
18   system -- the lifeboat was tagged out.  The davit
19   arm is only a part of that.  So when the -- when the
20   shipyard lifts that off or the shipyard working on
21   that one, the shipyard could use their rigging
22   procedures or their safety procedures to do that
23   work.  And Crowley does not tag out that arm by
24   itself.  Crowley will not tell how you lift it off
25   or how you tie it or how you do that work.  Crowley
```