Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF SOUTH CAROLINA
 2                     CHARLESTON DIVISION
                          IN ADMIRALTY
 3
 4
 5
 6    TIFFANY N. PROVENCE, AS THE PERSONAL REPRESENTATIVE
      OF THE ESTATE OF JUAN ANTONIO VILLALOBOS HERNANDEZ,
 7
                    Plaintiff,
 8
            vs.                     CASE NO. 2:21-cv-965-RMG
 9
      UNITED STATES OF AMERICA,
10    CROWLEY MARITIME CORPORATION,
      CROWLEY GOVERNMENT SERVICES, INC.,
11    DETYENS SHIPYARD, INC. AND
      HIGHTRAK STAFFING, INC. D/B/A
12    HITRAK STAFFING, INC.,
13               Defendants.
14
15
      30(b)(6)
16    DEPOSITION OF:   DETYENS SHIPYARD, INC.
                       BY: DALLAS A. VERBLE
17
      DATE:            February 9, 2022
18
      TIME:            10:04 AM
19
      LOCATION:        Detyens Shipyards, Inc.
20                     1670 Dry Dock Avenue, Suite 200
                       Building 236
21                     North Charleston, SC
22    TAKEN BY:        Counsel for the Plaintiff
23    REPORTED BY:     TERRI L. BRUSSEAU
24
25
```

Exhibit L

Dallas A. Verble                    February 9, 2022
Provence, Tiffany N v. United States of America, et al

Page 45

```
 1              A.   Sure.
 2              Q.   Okay.  All right.  Particularly the
 3      rigging.  I'm going to start asking you questions
 4      about the rigging.  Have you gone back and looked
 5      at how these davit arms were rigged?
 6              A.   Yeah, how they were wire rigged, yes,
 7      sir.
 8              Q.   Okay.  And are you aware of or have
 9      some understanding of how the wire rope parted?
10              A.   I have no idea why the wire rope
11      parted.
12              Q.   But you're aware that happened?
13              A.   I -- I know it failed, yes.
14              Q.   Okay.  And then tell me what you sort
15      of understand about how Mr. Hernandez was killed.
16              A.   What I understand, I guess he climbed
17      up inside there and that arm fell and squished him.
18              Q.   And do you know how that -- what caused
19      that arm to fall?
20              A.   No, sir.
21              Q.   All right.  And then are you aware that
22      the davit arm was restrained and rigged into place
23      by some Detyens folks?
24              A.   Yes, sir.
25              Q.   And what do you know about that?  How
```

**Exhibit L**

Dallas A. Verble                                     February 9, 2022
Provence, Tiffany N v. United States of America, et al

Page 46

```
 1      did you find that out?
 2              A.   How did I find out that Detyens folks?
 3              Q.   Yeah.
 4              A.   Because we've always restrained the
 5      davit arms.
 6              Q.   Okay.  That's part of what the rigging
 7      folks do at Detyens?
 8              A.   Yes, sir.
 9              Q.   Every ship that comes in?
10              A.   Yes, sir.
11              Q.   Now, when you looked at the contract
12      specifications for this job, was there any
13      specification for how to restrain the davit arms?
14              A.   No, sir.
15                   MR. GILSENAN:  Object to the form.
16      BY MR. YOUNG:
17              Q.   And you've looked for that, right,
18      reviewed the contract and there is no such
19      specification?  Is that accurate?
20              A.   There's no direction on how to rig.
21              Q.   Okay.  And so that being the case, how
22      did you -- the repairs to the davit arms were a
23      change order, weren't they?
24              A.   Yeah.  It's -- it's a mixture.  You had
25      work to be done under the original item.
```

Page 64

1    For example, let's just say I know that as the
2    ship's going to arrive, you know that you're going
3    to have to restrain the lifeboat davit arms because
4    of the contract specifications, right?  Is that
5    true?
6         A.   Yeah, my -- the shops know that, yes.
7         Q.   Well, you as project manager know --
8         A.   Yes.
9         Q.   -- that's part of the job, right?
10        A.   I do, yes.
11        Q.   Okay.  And then it sounds like because
12   of that, you would contact the rigging shop and
13   say, hey, guys, this portion of the contract, we
14   need to be ready to go when the ship shows up, is
15   that right, to restrain the davit arms?
16        A.   I don't talk specifically about
17   restraining the davit arms.  I talk about the
18   schedule, when we need to have the boat topped,
19   when the OEM will be here.
20        Q.   Right.
21        A.   Okay.
22        Q.   Okay.
23        A.   It's -- I'm trying to think.  I tell my
24   son to go out and mow the grass, okay, he's mowed
25   it 15 times, I don't have to tell him to go back

Page 65

```
 1    and forth to make each pass every time I need you
 2    to go out and mow the grass.
 3            Q.   Right.
 4            A.   I tell them I need to get the boat
 5    topped and the davits ready, the OEM will be here
 6    next week.
 7            Q.   I got you.  And so then you're
 8    depending on the guys at the rigging shop to use
 9    their knowledge and experience on how to get that
10    done?
11            A.   Yes.
12            Q.   You know they're good at it?
13            A.   Yes.
14            Q.   And all I'm really trying to find out
15    here is if there'd be some record of, hey, we need
16    to order, you know, 300 feet of wire rope cable
17    because we're going to have to restrain these
18    things.  And that would be sort of part of the
19    material that you're lining up in anticipation of
20    the, you know, efficient conduct of the contract so
21    when the ship shows up you don't have to --
22            A.   I wouldn't know of any record that said
23    we need to order material.  I mean, the material is
24    used for rigging all over the shipyard.
25            Q.   Right.
```



```
 1    LUMMUS was being worked on here?
 2         A.   No.
 3         Q.   No policy and no procedure for that?
 4         A.   No written policy.
 5         Q.   Okay.  So what was the procedure in the
 6    absence of that written policy?
 7         A.   It was standard marine practices that
 8    we've been doing -- it's the way we've been
 9    restraining the davits for years.
10         Q.   Okay.  And when you say standard marine
11    practice, can you describe that for us in more
12    detail?  Pretend that somebody doesn't know
13    anything about it.  How would you explain it to
14    them?
15         A.   How I would restrain it?
16         Q.   Yes, sir.
17         A.   The davit is lifted up to the crane and
18    put in upper position and the cable is put on to
19    hold it in place.
20         Q.   Okay.  And the cable is -- how is it
21    attached to it or how is it fastened to the davit?
22         A.   It has clamps on it to hold it.
23         Q.   All right.  Is it wrapped around?
24         A.   Yes.
25         Q.   And how many -- how do you know how
```

```
 1     many times to wrap it around?
 2          A.    I can't answer that.
 3          Q.    That's something the rigging department
 4     decided?
 5          A.    Yes.
 6          Q.    Okay.  And if there was a contract
 7     specification that told you exactly how to do it,
 8     presumably Detyens would have followed that --
 9          A.    Yes, sir.
10          Q.    -- is that true?  And if there was a
11     product manual, technical manual provided by the
12     original equipment manufacturer, Detyens would want
13     to follow whatever their recommended procedures
14     were?
15          A.    That's correct.
16          Q.    All right.  And in restraining the
17     lifeboat davit arms on the LUMMUS, is it true that
18     Detyens and nobody at Detyens looked to the
19     manufacturer's recommendations or specifications on
20     how to actually restrain the davit arm?
21          A.    You're saying did nobody look?
22          Q.    Yeah, do you know whether anybody
23     looked?
24          A.    We had a -- an OEM technical rep there
25     overseeing all the work we were doing on the
```

**Exhibit L**

Page 72

1    davits.
2         Q.   And who was that OEM technical rep?
3         A.   PALFINGER.
4         Q.   And do you remember the gentleman's
5    name?  And we'll come to it in a minute.
6         A.   I don't -- I don't remember off the top
7    of my head who was there at that time.
8         Q.   Okay.  Did you know the PALFINGER reps
9    over the years?
10        A.   Yeah.
11        Q.   Okay.  And so help me understand that a
12   little bit.  The PALFINGER rep, are you telling me
13   that he was involved in the manner and method in
14   which the davit arm for Number 6 was restrained?
15        A.   He doesn't get involved with doing it,
16   but -- and he doesn't get involved to do it because
17   the riggers have the experience and the skill and
18   they've always done it.
19        Q.   Okay.
20        A.   But he's involved with overseeing the
21   whole job to make sure it gets done.  He'll be up
22   there running the winches.  And when we take the
23   cable off, you have to restrain it up before you
24   can take the cable off.
25        Q.   I see.  Okay.  So there is no written

Exhibit L

Page 128

1  shop?
2       A.   In this particular situation, they were
3  installed by the electric shop with a gun that uses
4  a 22 bullet to penetrate the stud into the metal.
5       Q.   Okay.  Let's look at Exhibit 3.  This
6  is the lifeboat davit repair specification from
7  Crowley Government Services?
8       A.   Yes, sir.
9       Q.   And you testified that there is no
10 specific instruction on how the davit arms are to
11 be restrained, correct?
12      A.   Yes, sir.
13      Q.   Is that common in your experience?
14      A.   Yes, sir, that's common.
15      Q.   Okay.  You did not -- when you reviewed
16 this spec in order to budget the labor and
17 materials for the job, did you find the
18 specification to be deficient because it did not
19 contain a specific instruction on how to restrain
20 the davit arms?
21      A.   I did not.
22      Q.   You did not.  Okay.  You mentioned that
23 the davit arms are restrained differently today by
24 welding the angle iron across the tracks for the
25 davit arms, correct?

**Exhibit L**

Page 129

1       A.   That's correct.
2       Q.   All right.  And in the gravity davit
3  repairs that are ongoing today or since the
4  incident, is the means of restraint specified in
5  the repair specification by the customer?
6       A.   The new specifications?
7       Q.   When you get repair specs from
8  customers -- in other words, is that new method of
9  restraint --
10      A.   No, sir.
11      Q.   It's not in the specification?
12      A.   Not that I'm aware of.  I'm not working
13 a job right now where I have a davit job like that.
14 I have not seen one yet that specifies how to.
15      Q.   Okay.  And presumably you have worked
16 davit repair jobs or the shipyard has since this
17 incident occurred --
18      A.   Yes, sir.
19      Q.   -- on other ships?
20      A.   Yes, sir.
21      Q.   And did those specifications contain an
22 instruction on how to restrain the davit arm?
23      A.   I don't recall any, no, sir.
24      Q.   You don't recall that --
25      A.   No, sir.

**Exhibit L**

Page 130

```
 1            Q.  -- existing?
 2            A.  No, sir.
 3            Q.  Okay.  And do you expect the customer
 4    to tell the shipyard how to restrain the davit arm?
 5            A.  I don't expect, no.
 6            Q.  Okay.  And that's something that's
 7    handled by the rigging shop?
 8            A.  Handled by the rigging shop and
 9    customary, the standard way we've done it for all
10    along.
11            Q.  Okay.  Do you have any idea how long
12    Detyens has prior to this incident restrained davit
13    arms with this wire rope and Crosby clamps method?
14            A.  I don't know for how long.  I can tell
15    you I've been here for 23 years and it's the way
16    that it's been done since I've been here.
17            Q.  Okay.  All right.  And has any customer
18    ever in your 23 years in the past objected to the
19    way it was done?
20            A.  No, sir.
21            Q.  Okay.  And do you know how it's done or
22    how it was done at other shipyards?
23            A.  I do not know.  It's the only shipyard
24    I ever worked in.
25            Q.  Okay.  Fair enough.  I just have to
```

**Exhibit L**

Page 131

1    look through my notes if you don't mind.  Again in
2    Exhibit 3 in Section 7.8.  Exhibit 3 is the repair
3    spec.  I think you have it right there.
4        A.   Okay.
5        Q.   If you'd turn to the second page.
6        A.   Yep.
7        Q.   Section 7.8.  Present davits for
8    inspection by the vessel's chief mate.  And you
9    testified that would also typically be attended by
10   the port engineer?
11       A.   That's correct.
12       Q.   And probably by the MSC rep?
13       A.   That's correct.
14       Q.   I just want to clarify.  That would be
15   the finished work, correct?
16       A.   Usually --
17         MR. YOUNG:  Let me object to the form
18   of that.
19   BY MR. GILSENAN:
20       Q.   You can answer.
21       A.   We -- there's usually multiple
22   checkpoints through the first -- the customer, the
23   ship wants to know what repairs need to be done and
24   we go over that.  And then we do painting, repairs,
25   and we usually have checkpoints for that.  And then

**Exhibit L**

Page 132

1    at the end we do weight tests, we do checkpoints
2    for that.  And then when the boats are all stowed
3    and done and the chief mate and the Crowley rep
4    accepts the boat finished.
5         Q.   Okay.  So it's done in stages?
6         A.   Yes, sir.
7         Q.   Kind of like if you're building a
8    house, the building inspector comes out and looks
9    at the plumbing, looks at the electrical, looks at
10   the foundation like in stages?
11        A.   That's correct.
12        Q.   Okay.  So 7.8 doesn't mean that the
13   chief mate is actually supervising the work as it's
14   going on day-to-day?
15        A.   That's correct.
16        Q.   All right.  Regarding -- I can't seem
17   to put my hand on it.  It was a page marked DSI 14.
18   That was the page number.  This was the repair
19   contract.  I believe that's Exhibit 2.  If you look
20   at Section 3 A I, I'm paraphrasing, the owner's rep
21   will be present and owners may perform other work
22   outside of the shipyard works, correct?
23        A.   That's correct.
24        Q.   And you testified that you would expect
25   or you said you were sure owners were conducting

Exhibit L

Page 133

1   other work during the shipyard availability,
2   correct?
3       A.   That's correct.
4       Q.   Right.  And it's typical for the ship's
5   crew to continue routine maintenance and their
6   daily rounds on the ship during this time?
7       A.   That's correct.
8       Q.   Okay.  Do you know specifically if
9   Crowley Government Services had subcontractors on
10  board doing independent work during that time?
11      A.   I can't answer specifically for that
12  day or who.
13      Q.   Okay.  You don't know if there were or
14  were not subs --
15      A.   I do not know.
16      Q.   -- for Crowley on board?  All right.
17  These gravity davits are manufactured by PALFINGER?
18      A.   PALFINGER -- I can't answer the --
19  without looking at the tech manual who actually
20  manufactured them, PALFINGER's rep for them.
21      Q.   Okay.  Regardless of who manufactured
22  the davits, it could have been PALFINGER, it could
23  have been someone else --
24      A.   Right.
25      Q.   -- but the manufacturer has designated

**Exhibit L**

Page 134

```
 1     PALFINGER --
 2             A.    That's correct.
 3             Q.    -- as the OEM rep?
 4             A.    That's correct.
 5             Q.    For that system?
 6             A.    That's correct.
 7             Q.    Okay.  And it sounded like -- you
 8     mentioned Mr. Brown from PALFINGER.  He's
 9     frequently on the shipyard --
10             A.    Yes, sir.
11             Q.    -- on vessels?  How long has he been
12     around?
13             A.    Ten years plus.
14             Q.    Okay.  And so you would expect
15     Mr. Brown and anyone else from PALFINGER to possess
16     a level of expertise regarding these davits?
17             A.    Yes, sir.
18             Q.    Okay.  Did any -- and you've been --
19     the shipyard and the rigging department has been
20     restraining the davit arms in this same manner with
21     the wire rope and Crosby clamps for the 23 years
22     you've been here?
23             A.    Yes, sir.
24             Q.    All right.  Has a PALFINGER rep to your
25     knowledge ever objected to that manner of restraint
```

Page 135

1    of the davit arms?
2         A.   No, sir.  Not to my knowledge.
3         Q.   Okay.  And certainly in your role as
4    project manager, if a PALFINGER representative
5    would object to the method of restraining the davit
6    arm, that objection could find its way to your desk
7    at some point?
8         A.   Yes, sir.
9         Q.   Because it could result in a change
10   order, in a pricing change, to restrain the davit
11   in a different way?
12        A.   It could.
13        Q.   Yeah.  Okay.  But to your knowledge,
14   PALFINGER has never objected to this means of
15   restraint of the davit arms?
16        A.   Not to my knowledge, no, sir.
17             MR. GILSENAN:  All right.  I don't have
18   anything further.  Thank you very much.
19             THE WITNESS:  You're welcome.
20             MR. HOOD:  For this witness, I mean, he
21   was -- for these topics he's covering for Detyens
22   and HiTrak, I didn't know what exhibit -- I think
23   your notice was just for the shipyard.
24             MR. YOUNG:  Yeah.
25             MR. HOOD:  It's the same topics for

**Exhibit L**