IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| TIFFANY N. PROVENCE, as the Personal Representative of the Estate of Juan Antonia Villalobos Hernandez, | ) ) ) ) ) | C/A No. 2:21-cv-965-RMG |
| Plaintiff, | ) ) ) | **ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES TO HIGHTRAK STAFFING, INC. d/b/a HITRAK STAFFING, INC.** |
| Vs | ) ) | |
| UNITED STATES OF AMERICA, CROWLEY MARITIME CORPORATION, CROWLEY GOVERNMENT SERVICES, INC., DETYENS SHIPYARDS, INC., and HIGHTRAK STAFFING, INC. d/b/a HITRAK STAFFING, INC. | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

TO: J. RUTLEDGE YOUNG, III, JULIE L. MOORE AND ROBERT WEHRMAN, ATTORNEYS FOR PLAINTIFF:

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, the Defendant HighTrak Staffing, Inc. d/b/a HiTrak Staffing, Inc. (hereinafter "this Defendant" or "HiTrak"), by and through their undersigned counsel, answers Plaintiff's Second Set of Interrogatories to HighTrak Staffing, Inc. d/b/a HiTrak Staffing, Inc. as follows:

1. List the names and positions of all officers of HiTrak during the last five years, including dates positions were held.

   **ANSWER:**

   **D. Loy Stewart, Jr. – President / CEO**

   **Leo A. Fary, Jr. – Treasurer**

   **M. Larry Reynolds – Executive Vice President**

2. List the names of all board members of HiTrak during the last five years, including the dates board members served.

**ANSWER:** **All of the following Directors listed below have served for all years 2017 to Present.**

**D. Loy Stewart, Jr.**

**Jonathan G. Stewart**

**W. Jason Stewart**

**Leo A. Fary, Jr.**

**M. Larry Reynolds**

**Peter Browne**

**Richard C. Stokes**

**D. Loy Steward Sr. was a Director until he passed away on 6/30/2020.**

3. List the names of all owners or shareholders of HiTrak during the last five years, including dates of ownership.

**ANSWER:**

**D. Loy Stewart, Jr. – all of the last five years**

**Jonathan G. Stewart – all of the last five years**

**W. Jason Stewart – 2020-2021**

**Leo A. Fary, Jr. – all of the last five years**

**M. Larry Reynolds – all of the last five years**

**Peter Browne - 2017-2020**

**Richard C. Stokes – 2017-2020 – ownership from 12/19/2012 to 4/30/2021**

**D. Loy Steward Sr. – 2017-2019**

HOOD LAW FIRM, LLC
172 Meeting Street
Post Office Box 1508
Charleston, SC 29402
Phone: (843) 577-4435
Facsimile: (843) 722-1630

_____
James B. Hood (9130)
james.hood@hoodlaw.com
Kathryn N. Tanner (13616)
katie.tanner@hoodlaw.com

*Attorneys for Defendants*
*Detyens Shipyards, Inc. and Hightrack Staffing, Inc.*
*d/b/a HiTrak Staffing, Inc.*

**June 24, 2022**
Charleston, South Carolina

## CERTIFICATE OF SERVICE

I certify that on this date a copy of the *ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES TO HIGHTRAK STAFFING, INC. d/b/a HITRAK STAFFING, INC.* was served on each party or counsel of record by ☒ mailing, ☒ e-mailing, ☐ facsimile, or ☐ hand delivery in the manner prescribed by the applicable Rule of Civil Procedure. This 24 day of June, 2022.

_____

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| TIFFANY N. PROVENCE, as the Personal Representative of the Estate of Juan Antonia Villalobos Hernandez, <br><br> Plaintiff, <br><br> Vs <br><br> UNITED STATES OF AMERICA, CROWLEY MARITIME CORPORATION, CROWLEY GOVERNMENT SERVICES, INC., DETYENS SHIPYARDS, INC., and HIGHTRAK STAFFING, INC. d/b/a HITRAK STAFFING, INC. <br><br> Defendants. | C/A No. 2:21-cv-965-RMG <br><br> **SUPPLEMENTAL ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES TO HIGHTRAK STAFFING, INC. d/b/a HITRAK STAFFING, INC.** |

TO:   J. RUTLEDGE YOUNG, III, JULIE L. MOORE AND ROBERT WEHRMAN, ATTORNEYS FOR PLAINTIFF:

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, the Defendant HighTrak Staffing, Inc. d/b/a HiTrak Staffing, Inc. (hereinafter "this Defendant" or "HiTrak"), by and through their undersigned counsel, supplements its answers Plaintiff's Second Set of Interrogatories to HighTrak Staffing, Inc. d/b/a HiTrak Staffing, Inc. as follows:

1. List the names and positions of all officers of HiTrak during the last five years, including dates positions were held.

**ANSWER:**   **In addition to serving as the Treasurer for HiTrak, Leo Fary also serves as the Secretary for HiTrak.**

HOOD LAW FIRM, LLC
172 Meeting Street
Post Office Box 1508
Charleston, SC 29402
Phone: (843) 577-4435
Facsimile: (843) 722-1630

*/s/ James B. Hood*
James B. Hood (9130)
james.hood@hoodlaw.com
Kathryn N. Tanner (13616)
katie.tanner@hoodlaw.com

*Attorneys for Defendants*
*Detyens Shipyards, Inc. and Hightrack Staffing, Inc.*
*d/b/a HiTrak Staffing, Inc.*

6/27, 2022
Charleston, South Carolina

## CERTIFICATE OF SERVICE

I certify that on this date a copy of the ***SUPPLEMENTAL ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES TO HIGHTRAK STAFFING, INC. d/b/a HITRAK STAFFING, INC.*** was served on each party or counsel of record by ☒ mailing, ☒ e-mailing, ☐ facsimile, or ☐ hand delivery in the manner prescribed by the applicable Rule of Civil Procedure.

This 27 day of June, 2022.

2