IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| TIFFANY N. PROVENCE, as the Personal Representative of the Estate of Juan Antonia Villalobos Hernandez, | C/A No. 2:21-cv-00965-RMG |
| *Plaintiff*, | **ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES TO DETYENS SHIPYARDS, INC.** |
| Vs | |
| UNITED STATES OF AMERICA, CROWLEY MARITIME CORPORATION, CROWLEY GOVERNMENT SERVICES, INC., DETYENS SHIPYARDS, INC., and HIGHTRAK STAFFING, INC. d/b/a HITRAK STAFFING, INC. | |
| *Defendants*. | |

TO: J. RUTLEDGE YOUNG, III, JULIE L. MOORE AND ROBERT WEHRMAN, ATTORNEYS FOR PLAINTIFF:

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, the Defendant Detyens Shipyards, Inc (hereinafter "this Defendant" or "DSI"), by and through its undersigned counsel, answers Plaintiff's Second Set of Interrogatories to Detyens Shipyards, Inc. as follows:

1. List the names and positions of all officers of Detyens during the last five years, including dates positions were held.

**ANSWER:**

**D. Loy Stewart, Jr. – President / CEO**

**Leo A. Fary, Jr. – Treasurer / CFO**

**M. Larry Reynolds – Vice President for Production**

**Peter Browne – Vice President for Estimating (2017-2020)**

**Richard C. Stokes** – Vice President for Estimating (2017-2020); Executive Vice President (2017-2020)

2. List the names of all board members of Detyens during the last five years, including the dates board members served.

**ANSWER:** **All of the following Directors listed below have served for all years 2017 to Present.**

**Charles Alistock**

**James Boyd**

**Hammond Johnson**

**D. Loy Steward Sr. was the Chairman until he passed away on 6/30/2020.**

3. List the names of all owners or shareholders of Detyens during the last five years, including dates of ownership.

**ANSWER:**

**D. Loy Stewart, Jr.**

**Jonathan G. Stewart**

**W. Jason Stewart**

HOOD LAW FIRM, LLC
172 Meeting Street
Post Office Box 1508
Charleston, SC 29402
Phone: (843) 577-4435
Facsimile: (843) 722-1630

_____
James B. Hood (9130)
james.hood@hoodlaw.com
Kathryn N. Tanner (13616)
katie.tanner@hoodlaw.com

*Attorneys for Defendants*
*Detyens Shipyards, Inc. and Hightrack Staffing, Inc.*
*d/b/a HiTrak Staffing, Inc.*

**June 24, 2022**
Charleston, South Carolina

## CERTIFICATE OF SERVICE

I certify that on this date a copy of the ***ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES TO DETYENS SHIPYARDS, INC.*** was served on each party or counsel of record by ☒ mailing, ☒ e-mailing, ☐ facsimile, or ☐ hand delivery in the manner prescribed by the applicable Rule of Civil Procedure.

This 24 day of June, 2022.

_____

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| TIFFANY N. PROVENCE, as the Personal Representative of the Estate of Juan Antonia Villalobos Hernandez, | ) ) ) ) | C/A No. 2:21-cv-965-RMG |
| Plaintiff, | ) ) | **SUPPLEMENTAL ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES TO DETYENS SHIPYARDS, INC.** |
| Vs | ) ) | |
| UNITED STATES OF AMERICA, CROWLEY MARITIME CORPORATION, CROWLEY GOVERNMENT SERVICES, INC., DETYENS SHIPYARDS, INC., and HIGHTRAK STAFFING, INC. d/b/a HITRAK STAFFING, INC. | ) ) ) ) ) ) ) | |
| *Defendants*. | ) | |

TO:   J. RUTLEDGE YOUNG, III, JULIE L. MOORE AND ROBERT WEHRMAN, ATTORNEYS FOR PLAINTIFF:

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, the Defendant Detyens Shipyards, Inc. (hereinafter "this Defendant" or "Detyens"), by and through their undersigned counsel, supplements its answers to Plaintiff's Second Set of Interrogatories to Detyens Shipyards, Inc. as follows:

1. List the names and positions of all officers of Detyens during the last five years, including dates positions were held.

**ANSWER:    Richard C. Stokes was the Executive Vice President from 2017-2020. Following 2020, the Vice President for Estimating position and the Executive Vice President position were open until 2022. On January 1, 2022 David Baldwin became the Vice President for Estimating and Jimmy Lamb became the Executive Vice President.**

HOOD LAW FIRM, LLC<br>
172 Meeting Street<br>
Post Office Box 1508<br>
Charleston, SC  29402<br>
Phone: (843) 577-4435<br>
Facsimile: (843) 722-1630

James B. Hood (9130)
james.hood@hoodlaw.com
Kathryn N. Tanner (13616)
katie.tanner@hoodlaw.com

*Attorneys for Defendants*
*Detyens Shipyards, Inc. and Hightrack Staffing, Inc.*
*d/b/a HiTrak Staffing, Inc.*

**July 1, 2022**
Charleston, South Carolina

### *CERTIFICATE OF SERVICE*

I certify that on this date a copy of the ***SUPPLEMENTAL ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES TO DETYENS SHIPYARDS, INC.*** was served on each party or counsel of record by ☐ mailing, ☒ e-mailing, ☐ facsimile, or ☐ hand delivery in the manner prescribed by the applicable Rule of Civil Procedure.

This **1st** day of **July**, 2022.

2