| TELEFONO | HITRAK STAFFING<br>1670 DRYDOCK AVE<br>NORTH CHARLESTON, SC 29405 | ☐ Hitrak  ☐ WIRE |
|---|---|---|

## ORIENTACIÓN DE SEGURIDAD

FECHA día 28 /mes 12 /año 15

IMPRIMA SU NOMBRE EXACTAMENTE COMO APARECE EN SU TARJETA DE SEGURO SOCIAL

NUMERO DE SEGURO SOCIAL: 4323

He recibido una sesión informativa sobre la seguridad en el astillero incluyendo el video: "Orientación de Seguridad en el Astillero" producido por el Consejo de Constructores Navales de América. Entiendo que la Seguridad es suprema y el uso de la ropa apropiada mas equipo protector personal es enforzado. También sé quién es el Oficial de seguridad y donde esta localizada la Oficina de Seguridad.

Firma: Jose Pena    Fecha día 28 /mes 12 /año 15

He recibido la información y entiendo el Programa de DSI "Comunicación Arriesgada" (por otra parte conocido como "Derecho de Saber") Programa. He sido instruido y entiendo el uso de SDS (Hojas de Datos de Seguridad) y la revisión de GHS (12/01/2013). Entiendo donde ellos son guardados dentro de cada instalación.

Firma: Jose Pena    Fecha día 28 /mes 12 /año 15

He recibido la información y entiendo el Programa de DSI de Espacios Encajonados. He sido instruido y entiendo los peligros potenciales de estos espacios y he sido instruido en los métodos para la entrada segura.

Firma: Jose Pena    Fecha día 28 /mes 12 /año 15

He recibido la información y entiendo el procedimiento impuesto por DSI de las Precauciones a tomar al abrir el Sistema de Manejo de Aguas Residuales. He sido instruido y entiendo los peligros potenciales de estos sistemas.

Firma: Jose Pena    Fecha día 28 /mes 12 /año 15

He recibido la información y entiendo el Programa de Protección de Fuego de DSI.

Firma: Jose Pena    Fecha día 28 /mes 12 /año 15

He recibido la información y entiendo el Programa de Observador de Fuego de DSI.

Firma: Jose Pena    Fecha día 28 /mes 12 /año 15

He recibido la información y entiendo las Exigencias de Equipo Protectoras Personales de DSI.

Firma: Jose Pena    Fecha día 28 /mes 12 /año 15

He recibido la información y entiendo la política de DSI contra el uso de teléfonos celulares.

Firma: Jose Pena    Fecha día 28 /mes 12 /año 15

He recibido la información y entiendo la política de DSI contra el uso de la propiedad de DSI.

Firma: Jose Pena    Fecha día 28 /mes 12 /año 15

He recibido la información y entiendo la política de DSI contra la demostración apropiada de exigencias de ropa e insignias.

Firma: Jose Pena    Fecha día 28 /mes 12 /año 15

He recibido la información y entiendo la política de DSI de las conservación de audición. Además, he recibido equipo de protección de preteccion para los oidos por parte de DSI.

Firma: Jose Pena    Fecha día 28 /mes 12 /año 15

He recibido información y entiendo la información básica del uso voluntario de las respiradoras proporcionada en Appendix D de 29 CFR 1910.134, OSHA Respiratory Standard. También he recibido una copia de Appendix D como pertenece al uso voluntario de las respiradoras.

Firma: Jose Pena    Fecha día 28 /mes 12 /año 15

DSI 000004

## HITRAK STAFFING SAFETY ORIENTATION FOR DETYENS SHIPYARDS

| PHONE # | 1670 DRYDOCK AVE<br>NORTH CHARLESTON, SC 29405 | ☐ Hitrak   ☐ _____ |

_____                    _____  _____
PRINT YOUR FULL NAME                                     SOCIAL SECURITY NUMBER    DATE

I have received a briefing on safety in the shipyard including the video "Shipyard Safety Orientation" produced by the Shipbuilders Council of America. I understand that safety is paramount and the proper wear of personal protective equipment is strictly enforced. I also know who the Safety Officer is and the location of the Safety Office.

Signed _____     Date _____

I have received training in and understand DSI "Hazardous Communication" (otherwise known as the "Right to Know") Program. I have been instructed and understand the uses of SDS (Safety Data Sheets) and the GHS revision (12/01/2013) and understand where they are kept within each facility.

Signed _____     Date _____

I have received training in and understand the DSI Confined Spaces Program. I have been instructed and understand the potential dangers of these spaces and have been instructed in the methods of safe entry.

Signed _____     Date _____

I have received training in and understand the DSI Precautions for Breaching a Sewage Handling System Program. I have been instructed and understand the potential dangers of these systems.

Signed _____     Date _____

I have received training in and understand the DSI Fire Protection Program.

Signed _____     Date _____

I have received training in and understand the DSI Fire Watch Program.

Signed _____     Date _____

I have received training in and understand the DSI Personal Protective Equipment Requirements.

Signed _____     Date _____

I have received training in and understand the DSI policy on the use of cellular phones.

Signed _____     Date _____

I have received training in and understand the DSI policy on the use of DSI property.

Signed _____     Date _____

I have received training in and understand the DSI policy on proper display of badges and clothing requirements.

Signed _____     Date _____

I have received training in and understand the DSI policy on hearing conservation. I have been issued and received hearing protection.

Signed _____     Date _____

I have received training in and understand the basic information on the voluntary use of respirators as provided in Appendix D of 29 CFR 1910.134, OSHA Respiratory Protection Standard. I have also been provided a copy of Appendix D as it relates to the voluntary use of respirators

Signed _____     Date _____
CONTINTUED ON BACK

DSI 000005

## HITRAK STAFFING SAFETY ORIENTATION FOR DETYENS SHIPYARDS

I acknowledge by my signature, that I am not to operate any aerial lift, forklift, scissor lift, portal crane, tower crane or mobile crane on or away from the Detyens Shipyards, Inc. facility unless trained, qualified and certified (licensed) and authorized by Detyens Shipyards, Inc. to do so.

Signed _____     Date _____

DSI 000006