Dallas A. Verble  February 9, 2022
Provence, Tiffany N v. United States of America, et al

Page 1

```
IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF SOUTH CAROLINA
           CHARLESTON DIVISION
              IN ADMIRALTY


TIFFANY N. PROVENCE, AS THE PERSONAL REPRESENTATIVE
OF THE ESTATE OF JUAN ANTONIO VILLALOBOS HERNANDEZ,

             Plaintiff,

      vs.              CASE NO. 2:21-cv-965-RMG

UNITED STATES OF AMERICA,
CROWLEY MARITIME CORPORATION,
CROWLEY GOVERNMENT SERVICES, INC.,
DETYENS SHIPYARD, INC. AND
HIGHTRAK STAFFING, INC. D/B/A
HITRAK STAFFING, INC.,
             Defendants.


30(b)(6)
DEPOSITION OF:   DETYENS SHIPYARD, INC.
                 BY: DALLAS A. VERBLE

DATE:            February 9, 2022

TIME:            10:04 AM

LOCATION:        Detyens Shipyards, Inc.
                 1670 Dry Dock Avenue, Suite 200
                 Building 236
                 North Charleston, SC
TAKEN BY:        Counsel for the Plaintiff
REPORTED BY:     TERRI L. BRUSSEAU
```

1   budget.  And any new work that comes along, I do
2   the negotiation and pricing settlement for the new
3   work that comes along.
4           Q.   Like a change order?
5           A.   Yes, sir.
6           Q.   And how long have you been working at
7   Detyens Shipyard?
8           A.   About 23 years.
9           Q.   All right.  And are you directly --
10  like your paycheck, does it come from Detyens
11  Shipyard or does it come from HiTrak Staffing?
12          A.   From Detyens Shipyard.
13          Q.   Have you ever worked for HiTrak
14  Staffing?
15          A.   When I first come to Detyens, everybody
16  comes in a temporary and I was temporary for the
17  30, 60 days, whatever, until I become permanent.
18          Q.   So after you initially started with
19  HiTrak, at some point 30 or 60 days later you
20  became a permanent employee of Detyens?
21          A.   Yes.  Yes, sir.
22          Q.   And do you have any role at all with
23  HiTrak or do you interact with the folks at HiTrak
24  in your job?
25          A.   No, sir.  I don't remember nothing

Dallas A. Verble                        February 9, 2022

Provence, Tiffany N v. United States of America, et al

Page 7

1   about HiTrak except my paycheck was just different
2   in the beginning until I become permanent.
3          Q.   Okay.  And have you been a project
4   manager that entire 23 years or did you have other
5   job titles?
6          A.   No, I was -- I had other job titles.
7          Q.   Can you summarize those for me just
8   generally?
9          A.   Well, when I first started here, I was
10  a mechanic on the ship working.  And then I was
11  promoted to what they call a lead man.  It's just
12  directed the workers on the deck plate.  And then I
13  was promoted to the ship supervisor.  The ship
14  supervisor manages the work on the ship as a whole
15  as a project.
16         Q.   Okay.
17         A.   And then I was promoted to project
18  manager, which I already explained.
19         Q.   Right.  Thank you.  And then project
20  manager, how long have you been in that position,
21  roughly?
22         A.   Over ten years.
23         Q.   Okay.  And so as project manager, were
24  you involved in the contract negotiations regarding
25  the LUMMUS, the ship where Mr. Hernandez was

Page 75

1    all employees, persons and property.

2         Q.  Yeah.  Right.  So what I'm asking you

3    is as the project manager for Detyens, what best

4    efforts did Detyens use -- Detyens use to prevent

5    accidents around lifeboat davit Number 6 on the

6    LUMMUS back in April 3rd of 2019?  Just run through

7    all of them.

8         A.  Our best effort was we wired it up with

9    steel cable like we've always done.  That's the way

10    we've done it.  We never had an issue in the past.

11         Q.  Okay.  Is that the sum total of

12    everything that Detyens did to use its best efforts

13    to make sure this was safely done?

14         MR. HOOD:  I'm going to object to the

15    form.  Outside the scope of the deposition.

16         MR. YOUNG:  Okay.  I think he's the

17    contract guy, but...

18         MR. HOOD:  You're asking about

19    specific, like compliance with provisions in the

20    contract about overseeing the manner of the work

21    that was done.  You can ask him questions.  I don't

22    think that's covered by that.

23         MR. YOUNG:  Okay.  Yeah.  Fair enough.

24         MR. HOOD:  You've already deposed the

25    safety folks who testified about what was done.