Page 1

1                  UNITED STATES DISTRICT COURT
                  DISTRICT OF SOUTH CAROLINA

2                   CHARLESTON DIVISION
                      IN ADMIRALTY

3

    TIFFANY N. PROVENCE, AS THE PERSONAL

4    REPRESENTATIVE OF THE ESTATE OF JUAN
    ANTONIO VILLALOBOS HERNANDEZ,

5

                Plaintiff,

6

          vs.      CASE NO. 2:21-cv-965-RMG

7

    UNITED STATES OF AMERICA, CROWLEY

8    MARITIME CORPORATION, CROWLEY GOVERNMENT
    SERVICES, INC., DETYENS SHIPYARDS, INC.,

9    AND HIGHTRAK STAFFING, INC. D/B/A HITRAK
    STAFFING, INC.,

10

               Defendants.

11

12   DEPOSITION OF:   WILLIAM MICHAEL MARSHALL

13   DATE:          December 14, 2021

14   TIME:          11:47 a.m.

15   LOCATION:      DETYENS SHIPYARDS, INC.
                   1670 Dry Dock Avenue

16               Suite 200
               North Charleston, SC

17

   TAKEN BY:      Counsel for the Plaintiff

18

   REPORTED BY:    MICHAEL DAVID ROBERTS,

19               Court Reporter
    _____

20

21

22

23

24

25

```
 1      Thomas, at the top.

 2                Do you see that?

 3           A.    Yes.

 4           Q.    Does Mr. Thomas still work for Detyens?

 5           A.    I don't know.

 6           Q.    You don't recognize his name?

 7           A.    Well, he was a Hitrak Staffing

 8      employee, so I don't know.

 9           Q.    Okay.  And what's your understanding of

10      the relationship between Hitrak Staffing and

11      Detyens Shipyards?

12                MR. CLEMENT:  Objection to the form.

13      BY MR. YOUNG:

14           Q.    If you know.  You can still answer.

15           A.    All right.  Just that they provide

16      temporary labor and skilled help to Detyens

17      Shipyards.

18           Q.    And so maybe let me get this clear.

19                Who is your employer?

20           A.    Detyens Shipyards.

21           Q.    All right.  And it sounded like you

22      have ten folks that report to you that are also

23      employees of Detyens; is that right?

24           A.    I have two that are Hitrak Staffing

25      employees.
```

William Michael Marshall                December 14, 2021
Provence, Tiffany N v. United States of America, et al

Page 22

```
 1            Q.   Okay.  And another eight that are

 2     Detyens employees?

 3            A.   Yes.

 4            Q.   And what's the difference?  How do you

 5     end up with two Hitrak folks?  They're just

 6     temporary?

 7            A.   They're full-time firemen so this is a

 8     part-time job for them.

 9            Q.   I see.

10            And are you involved at all -- like

11     let's say you want -- how did they end up working

12     for you?  You asked for them or somebody assigned

13     them to you, the Hitrak guys?

14            A.   I usually find them through other folks

15     that are in my department.  I've had a lot of

16     firemen that worked for me over the years, so

17     they'll recommend somebody.  I'll interview them.

18     I'll go to upper management and say I'd like to

19     hire this guy.

20            Q.   I see.

21            And then when you hire him, does he

22     become a Detyens employee?

23            A.   If I hire them direct occasionally.  I

24     don't normally -- I wouldn't hire a part-time

25     person direct.  It would be through a staffing
```

William Michael Marshall                    December 14, 2021
Provence, Tiffany N v. United States of America, et al

Page 23

```
 1      agency.
 2            Q.    Okay.   And so when you hire somebody
 3      through the staffing agency, tell us how that kind
 4      of works.
 5            A.    I fill out paperwork.   I get it
 6      approved by upper management, and it goes through
 7      Hitrak Staffing just for processing and a timecard,
 8      rate of pay, just getting them in their -- on their
 9      roles for papers.
10            Q.    Okay.   And then the person starts to
11      work with you although they're provided by Hitrak
12      Staffing?
13            A.    Yes.
14            Q.    Okay.   And do you know what kind of
15      arrangement there was for Mr. Hernandez at the time
16      he was killed?
17            A.    No, sir.
18            Q.    Who would be the best person at Detyens
19      to ask about that?
20            A.    At Detyens?
21            Q.    Anywhere.   Detyens, Hitrak.
22                  If you were trying to get to the bottom
23      of it, who would you ask?
24            A.    I would ask Hitrak.
25            Q.    Hitrak.
```