Thomas Wesley Mooney  December 15, 2021
Provence, Tiffany N v. United States of America, et al

Page 1

```
 1              UNITED STATES DISTRICT COURT
                DISTRICT OF SOUTH CAROLINA
 2                  CHARLESTON DIVISION
                       IN ADMIRALTY
 3
      TIFFANY N. PROVENCE, AS THE PERSONAL
 4    REPRESENTATIVE OF THE ESTATE OF JUAN
      ANTONIO VILLALOBOS HERNANDEZ,
 5
                    Plaintiff,
 6
            vs.       CASE NO. 2:21-cv-965-RMG
 7
      UNITED STATES OF AMERICA, CROWLEY
 8    MARITIME CORPORATION, CROWLEY GOVERNMENT
      SERVICES, INC., DETYENS SHIPYARDS, INC.,
 9    AND HIGHTRAK STAFFING, INC. D/B/A HITRAK
      STAFFING, INC.,
10
                    Defendants.
11
12    DEPOSITION OF:   THOMAS WESLEY MOONEY
13    DATE:            December 15, 2021
14    TIME:            9:04 a.m.
15    LOCATION:        DETYENS SHIPYARDS, INC.
                       1670 Dry Dock Avenue
16                     Suite 200
                       North Charleston, SC
17
      TAKEN BY:        Counsel for the Plaintiff
18
      REPORTED BY:     MICHAEL DAVID ROBERTS,
19                     Court Reporter
      _____
20
21
22
23
24
25
```

Page 26

1                What about -- do you know anything
2       about Hitrak Staffing?
3            A.   I know that they have employees that
4       work here, yes, sir.
5            Q.   Okay.  Did they clock in at the
6       Detyens' stations, too?
7            A.   Yes, sir.
8            Q.   Okay.  So there's not a separate Hitrak
9       clock in?
10           A.   No, sir.
11           Q.   All right.  And then as far as
12      temporary employees or permanent employees, is
13      there any distinction between folks like you that
14      work for Detyens and folks that work for Hitrak?
15           A.   No, sir.
16           Q.   They're all the same?
17           A.   Yes, sir.
18           Q.   All right.  And so what is your
19      understanding of what kind of Hitrak Staffing does
20      for Detyens?
21           A.   All I know is they provide people when
22      we -- when we need them.
23           Q.   Okay.  So have you ever made a request
24      to Hitrak Staffing for personnel?
25           A.   No, sir.