Page 1

1  VIRGINIA:
2  IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
3           SOUTH CAROLINA OF CHARLESTON DIVISION
4                       IN ADMIRALTY
5  ***********************************************************
6  TIFFANY N. PROVENCE, as the    )
   Personal Representative of     )
7  the Estate of Juan Antonio     )
   Villalobos Hernandez,          ) Case No.
8                                 ) 2:21-cv-965-RMG
            Plaintiff,            )
9                                 )
   -vs-                           )
10                                )
   UNITED STATES OF AMERICA,      )
11 CROWLEY MARITIME CORPORATION,  )
   CROWLEY GOVERNMENT SERVICES,   )
12 INC.,                          )
   DETYENS SHIPYARDS, INC., and   )
13 HIGHTRACK STAFFING, INC.       )
   d/b/a                          )
14 HITRAK STAFFING, INC.          )
            Defendant.            )
15 ***********************************************************
16                     DEPOSITION OF
17                   THE UNITED STATES
18        BY AND THROUGH ITS CORPORATE DESIGNEE,
19                  JUANITA BROENNIMANN
20                 9:00 a.m. to 2:00 p.m.
21                   June 16, 2022
22                     Via ZOOM
23
24 Job No. 38889
25             REPORTED BY:  Dawn Testa

Juanita Broennimann                                  June 16, 2022
Provence, Tiffany N v. United States of America, et al

Page 148

1   this is what I have always seen.
2        Q      This is the single-wire rope restraint
3   method?
4        A      Yes.
5        Q      And regarding your see something say
6   something standard, when you have been in yards where
7   they would restrain the davit arm in this manner, did
8   you call for a work stoppage and stand down to have it
9   done a different way?
10       A      No.  I am not a rigging expert.  I would
11  defer to the yards expert.  They do it every day.
12              The only time I would call for a stand down
13  on rigging is if I saw something with the rigging gear
14  itself, that it appeared to be failing; say, a strap
15  that was wearing through or a wire that was slipping,
16  obviously, or corroded, something like that.
17       Q      So, in your experience of seeing davit arms
18  rigged this way, you have never objected to that manner
19  of rigging?
20       A      No.
21       Q      Do you know Dallas Verble?
22       A      I do.
23       Q      And how do you know Dallas?
24       A      He's been the Detyens project manager for
25  several ships that I have had at Detyens.