IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| TIFFANY N. PROVENCE, as the Personal Representative for the Estate of Juan Antonio Villalobos Hernandez, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, CROWLEY MARITIME CORPORATION, CROWLEY GOVERNMENT SERVICES, INC., DETYENS SHIPYARDS, INC., and HIGHTRAK STAFFING, INC. d/b/a HITRAK STAFFING, INC. <br><br> Defendants. | Civil Action No.: 2:21-CV-965-RMG <br><br><br><br><br> **RESPONSE OF UNITED STATES OF AMERICA, CROWLEY MARITIME CORPORATION and CROWLEY GOVERNMENT SERVICES, INC., TO SUMMARY JUDGMENT MOTION OF DETYENS SHIPYARDS, INC.** |

Defendants United States of America, Crowley Maritime Corporation and Crowley Government Services, Inc. (collectively "Vessel Defendants") submit the following response to the summary judgment motion of Detyens Shipyards, Inc. ("DSI").

Whether Plaintiff's decedent was DSI's statutory employee is a matter between Detyens and Plaintiff. If, as DSI contends in its motion, the decedent was DSI's statutory employee, then the Vessel Defendants agree that 33 U.S.C. § 905(b) would bar the Vessel Defendants' cross-claims against DSI. If, on the other hand, DSI was not the decedent's statutory employer, then 33 U.S.C. § 905(b) would not shield DSI against those same cross-claims. That is to say, the merits of DSI's motion insofar as it relates to the Vessel Defendants are inextricable from its merits with regard to Plaintiff. DSI's motion must either be granted as to all parties or denied as to all parties.

1

|  |  |
|---|---|
| August 2, 2022<br>North Charleston, SC | Respectfully submitted,<br><br>ADAIR FORD BOROUGHS<br>United States Attorney<br><br>WILLIAM JORDAN<br>Assistant U.S. Attorney<br><br>MICHELLE DELEMARRE<br>Senior Admiralty Counsel<br>U.S. Department of Justice<br>Civil Division, Torts Branch<br>Aviation & Admiralty Litigation<br>P.O. Box 14271<br>Washington, D.C. 20044-4271<br>(202) 598-0285 (cell phone)<br>(202) 616-4037 (office)<br>(202) 616-4159 (fax)<br>Michelle.delemarre@usdoj.gov<br><br>*Attorneys for the United States*<br><br>By: /s/ Ryan Gilsenan<br>Ryan Gilsenan, Fed I.D. No. 9837<br>Julius H. Hines, Fed. I.D. No. 5807<br>Edward N. Smith, Fed I.D. No. 13429<br>1535 Hobby Street, Suite 203-D<br>Charleston Navy Yard<br>North Charleston, SC 29405<br>T: 843.266.7577<br>gilsenan@hinesandgilsenan.com<br>hines@hinesandgilsenan.com<br>smith@hinesandgilsenan.com<br><br>*Counsel for the Defendants United States of America, Crowley Maritime Corporation, and Crowley Government Services, Inc.* |