# EXHIBIT 2

  **3.2** **Figures.** Drawings are critical to most work items and are generally preferred over figures.  The use of drawings ensures that the information is properly stored and easily retrieved for future use.  Figures attached to work items are not assigned numbers, and may not be kept in the central MSC filing system.  Figures are used only when the amount of information to be conveyed is considerably less than the amount required to fill a drawing.  If more than three or four figure sheets are needed to describe the work for an item, create a new guidance drawing.

  Drawings shall be developed in accordance with MSC Standard Drawing 303-7080803; Military Sealift Command Computer Aided Designed (CAD) Drawing Standard.  Figures shall be developd in AUTOCAD.  If a figure is developed for a work item, the figure should be saved to an appropriate sketch file.  When the work item is reviewed, the figure should be converted to a ".PLT" file and inserted into the work item.  This will allow the figure to become a permanent part of the work item and not a separate attachment.  Each work item figure shall have the words "**FOR GUIDANCE ONLY**" in all caps centered above the figure and shall contain sufficient legends, notes, symbol lists, etc. to ensure that the figure is clearly understood.

  **3.3** **General Technical Requirement (GTR)/Regulatory Requirements.** The GTR sets technical standards on how various work should be accomplished and is referenced in the contract.  The GTR does not automatically task the Contractor.  It must be invoked, or "triggered", by the use of key operative words or phrases in the work item.  Complete understanding of the GTR is critical to successfully and efficiently develop, review and interpret a work item.  All involved in writing and reviewing work items must know what is in the GTR and what GTR's apply to each work item; work items must not repeat information stated in the GTR.

  Similarly, the applicable regulatory body requirements must not be repeated in a work item.  Before drafting an item, make sure that the regulatory body requirements which apply are known and avoid conflicts or duplications in the work item.

  **3.4** **Writing.** Avoid the following common mistakes:

- Incorrect format (per this Guide), spelling (use a spell checker for each work item), grammar, and punctuation
- Unfamiliar or inconsistent abbreviations
- No page numbers or incorrect page numbers (incl. figures in the page count)
- Inconsistent quantities and units
- Use of undefined words or phrases (e.g. fabricate and install, new).

  Avoid "umbrella" phrases.  The use of phrases such as "to suit", "as necessary", "as required", "as needed", and "as directed by" should not be depended upon to ensure that work will be performed by the Contractor.  These phrases are often the result of a writer not knowing what is needed.  The writer cannot expect Contractors to satisfy requirements which are not clear.

  Redundancy is detrimental to clarity.  Do not include anything that is not absolutely necessary to describe the required work.  The work item's wording should be as concise as possible without impact on clarity.  Each requirement should stand by itself and should not be repeated in subsequent paragraphs.

| MSC DRAWING NO. 803-7081124 | MSC WI PREP GUIDE | SHEET 7 OF 74 |
|---|---|---|

**Vessel Defendants 1163**