# EXHIBIT 8



Plaintiff 000108