# EXHIBIT 10

```
                         SITREP
SUBJ: USNS 1ST LT JACK LUMMUS ROH
      WEEKLY STATUS REPORT NUMBER 2//
MSGID/GENADMIN/USNS 1ST LT JACK LUMMUS//

RMKS/1.  STATUS OF WORK AT Detyens Shipyard, Inc.,
             1670 DRYDOCK AVE. N. CHARLESTON,SC 29405
             FOR WEEK ENDING 2018-12-07

     CONTRACT START DATE      11/26/2018
     CONTRACT COMPLETION DATE  N/A
     REVISED COMPLETION DATE   N/A
     ESTIMATED COMPLETION DATE 01/29/2019

2.   ESTIMATED PCT OF WORK COMPLETED:      5.99%
            PERCENT OF TIME ELAPSED:       15%

3.   STATUS OF WORK
     SECTION    DESCRIPTION          PCT COMPLETE
       000      GENERAL SERVICES          14%
       100      HULL STRUCTURE             3%
       200      MACH/PROPULSION            0
       300      ELECTRICAL                15%
       400      COMMS/NAVAIDS              1%
       500      MACH/AUXILIARIES          10%
       600      HABITABILITY               5%
       700      SPONSOR EQUIPMENT          0
       800      HVAC                      18%
       900      DRYDOCK                    2%
      1000      DECK/UNREP/CARGO GEAR      4%
4.   STATUS OF MILESTONES
       DESCRIPTION                 SCHEDULED  REVISED     COMPLETION
       Completion Date             01/18/2019 01/30/2019  N/A
       Start Date                  11/15/2018 11/26/2018  N/A

5.   STATUS OF RFPS
     TOTAL                            33
     OPEN                              6
     ISSUED/WAITING KTR PROPOSAL       9
     SETTLED                          16
     IN NEGOTIATION                    2
     CANCELLED                         0
     GROWTH

6.   STATUS OF AGR HOURS
     TOTAL                         10000
     USED/SETTLED                   -973
     AVAILABLE                     10973

7.   STATUS OF DEFICIENCIES
     TOTAL ISSUED                      0
     RESPONDED                         0
     OUTSTANDING                       0
```

**Vessel Defendants 1243**

```
8.   STATUS OF CONDITION REPORTS
     TOTAL RECEIVED                         38
     RESPONDED                              38
     OUTSTANDING                             0

9.   STATUS OF GFE
     TOTAL LINE ITEMS ORDERED
     TOTAL LINE ITEMS RECEIVED
     TOTAL LINE ITEMS OUTSTANDING

10.  STATUS OF PTD
     NUMBER OF SYSTEMS REQUIRING PTD
     NUMBER OF SYSTEM PTD PACKAGES RECEIVED
     NUMBER OF SYSTEM PTD PACKAGES OUTSTANDING

11.  STATUS OF JOB MANNING
     OVERALL
     NUMBER OF SHIFTS
     MAN/DAY

12.  SHIP FORCE WORK LIST
     NUMBER OF SHIPS FORCE JOBS PLANNED
     NUMBER OF SHIPS FORCE JOBS COMPLETED
     NUMBER OF SHIPS FORCE JOBS IN PROCESS
     CHIEF ENGINEERS COMMENTS ON SHIPS FORCE JOBS

13.  PROBLEM AREAS:  NO SIGNIFICANT PROBLEMS.

14. MASTER'S COMMENTS: LUMMUS E-MAIL AND COMPUTER SYSTEM WAS REPLACED,
WITH BREAKS IN EMAIL SERVICE AND NEW EMAIL ADDRESSES.
REPAIR NOISE IN HOUSE AFTER HOURS REPORTED TO DSI. CREW IS ASSISTING DSI
WITH SERVICES, SAFETY TAG OUTS AND IDENTIFICATION OF WORK ITEMS.
CREW CONTINUES TO PERFORM PMS AND REPAIRS.

15. OVERHAUL MANAGEMENT TEAM COMMENTS: COMMUNICATION WITH DSI HAS BEEN
GOOD.
SHIPYARD HAS BEEN RESPONSIVE TO RFPS, COS AND SAFETY CONCERNS.
WEATHER AND SHELL PLATE WORK HAMPERING DD COMPLETION OF BUTTON, WHICH
WILL DELAY LUMMUS DD ENTRY.
ALL BALLAST TANKS THUS FAR HAVE BEEN FOUND IN GOOD CONDITION.
ABS HAS IDENTIFIED LIMITED STEEL REPLACEMENT IN STBD AFT PEAK AND PORT
FORWARD
DFM TANK (3 TRIPPED FRAMES). ABS CALLING FOR UT GAUGING IWO ER AFT BILGE.
HELD MARPOL PIPING MOD MEETING WITH TMMG FOR REVIEW OF DRAWINGS.
```

**Vessel Defendants 1244**