# EXHIBIT 13

# Initial Incident Report

CGS-MSC2-FORM-611
May 2016; Rev. 0

| Personnel Involved in the Incident - Name | Personnel Involved in the Incident - Rating | Drug & Alcohol Testing Performed |
|---|---|---|
| (Withheld) | Shipyard subcontractor | Not Required |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Type of Incident | Vessel Name | Master / Person in Charge of Vessel | Vessel Location at the time of the Incident | Fleet | Type of Vessel |
|---|---|---|---|---|---|
| Personal Injury | Lummus | David L Hagner | US East Coast | MPF | Ro/Ro |

| Wind Direction | Wind Speed | Weather | Seas and Swell | Date of Occurrence | Time of Occurrence |
|---|---|---|---|---|---|
| Not a Factor | Not a Factor | Clear | Calm | 3-Apr-2019 | 0915 |

| JSA Conducted Prior to Incident | Work Permits in Order |
|---|---|
| Not Required | Not Required |

| Flag State Notified As Required | Class Society Notified As Required |
|---|---|
| Not Required | Not Required |

| General Characteristics of Hazard | Hazard Location | Vessel Operations | Injury Type | Body Injury | Equipment or Environmental Damage | Out of Service Time | Equipment Damage (List Equipment) |
|---|---|---|---|---|---|---|---|
| Personal Injury | Other Deck Area | Other - Explain in Summary | Crushing | Neck | Not Applicable | Not Applicable | None noted |

## Detailed Description of Facts Leading up to the Incident

(Account is as described by shipyard co-worker and witness Franklin Thomas Jr., who was nearby at the time of the incident.)  Lifeboat davits are undergoing overhaul/repair with winch motors and wires removed.  Davit arms are held secured in their stowed locations with single-part wire rope loops secured by wire rope clips.  Accident victim was sitting on a bucket atop #5 lifeboat davit winch casing. The bucket was supported by wood and he was welding. He was facing outboard with his upper body located between the davit tow tracks.  There was a pop and the wire that was supporting the aft davit arm parted, allowing the davit arm to travel down the track and pinning the victim's neck between the davit arm and the flat bar support near the turn of the davit track, where the track's path turns vertically straight downward.

## Initial Corrective Actions Taken

After several co-workers attempted to manually pull the davit arm free from above, shipyard crane assistance was summoned to free the victim.  Emergency responders were unsuccessful in their attempts to resuscitate the victim and he was pronounced dead.

## Suggestions to Prevent Recurrence

Observations only.  The parted wire appears to show heat discoloration at its point of failure, suggesting the possibility of electricity conduction between wire rope and the ship's hull, perhaps during welding.  This accident was an unintended release of stored energy, i.e., the gravity deployment of the boat davit arm.  Alternate means to reduce or eliminate the hazard might include performing maintenance with davit arms fully lowered, welding temporary fixed retaining bars below each davit arm to lock them stowed, and using non-conducting straps of sufficient strength to hold the davit arms in place.

## General Questions - All

| | |
|---|---|
| Were photos taken? | Yes |
| If yes, attach | |

## General Questions - Personal Injury

| Was the injured person wearing PPE? | Yes |
|---|---|
| List all PPE worn by the injured person at the time of the incident: | Condition |
| Safety harness | |
| safety boots | |
| welding helmet | |
| welding gloves | |

**OFFICE USE ONLY**

| | |
|---|---|
| Corrective Action Approved | |
| Follow Up Investigation Required | |
| QMS Identification Number | |
| Issue Closed | |

Comments:

## General Questions - Equipment Damage/Failure

| | |
|---|---|
| Is the equipment part of the ship's Planned Preventive Maintenance Program? | No |
| When was the equipment last tested? | Vessel in shipyard, Davits being worked on/repaired. |

**Vessel Defendants 990** Retention: 3 Years