# EXHIBIT 16

4/3/19

FT  I Franklin Thomas Jr was working on the Lummas on the starable side when I observed Mr. Jose was sitting on a bucket where he was not suppose to be and the cable wire that was on the davit broke and the davit slid down and pent him up it was on his neck, the cable wire looked like it had been savaged. I Franklin Thomas and Chuck tried our best to get it off him and the crane lifted the davit off him, then I Franklin Thomas and Chuck lowered him to the ground and I Franklin Thomas Jr checked his pause and he did have one. Tireashia was the fire watcher and she hollowed for help  FT end of statement FT

FT

*Franklin Thomas Jr.* (signature)

FT                                            FT

Plaintiff 000002