# EXHIBIT 17



DSI 000152