# EXHIBIT 19

## DETYENS SHIPYARDS, INC. – ACCIDENT/INCIDENT REPORT

| ACCIDENT/INCIDENT LOCATION (VESSEL/FACILITY) | USNS 1ST Lt. Jack Lummus (T-AK 3011), Main Deck, Stbd., Approx. Frame 240 | |
|---|---|---|
| REPORT NO. | DATE/TIME OF ACCIDENT/INCIDENT | DATE OF REPORT |
| 9093-1 | 04/03/2019, Approx. 0920 Hrs. | 04/03/2019 – 04/08/2019 |

### GENERAL SUMMARY OF ACCIDENT/INCIDENT

Crush incident resulting in fatality when retraining cable attached to # 6 Stbd. davit arm assembly separated aboard USNS 1ST Lt. Jack Lummus (T-AK 3011), Main Deck, Stbd., Approx. Frame 240

### PERSONNEL INVOLVED/HAVING KNOWLEDGE OF ACCIDENT/INCIDENT

| NAME (Print) | DEPARTMENT | PAY # |
|---|---|---|
| Hubert L. "Chuck" Lynch | DSI Hull | 3320 |
| Tireashia Miller (Firewatch) | HiTrak Staffing | 3799 |
| Franklin Thomas, Jr. (Outside Machinist) | HiTrak Staffing | 4822 |
| Darrell Prater | HiTrak Staffing | 1562 |
| Renzo Fasce | US Coatings | |
| Ashlee Miller | Eagle Marine | 0813 |
| Patrick Smith (Rigger) | HiTrak Staffing | 7328 |
| Jose R. Guilarte Ruiz-Labrandera | US Coatings | |
| Wayne "Maytag" Matababas | DSI EHSO | 1409 |
| Thomas Wesley Mooney | DSI EHSO | 3105 |
| James Justin Lyles | DSI EHSO | 3111 |
| Ricky Desjardins | DSI EHSO | 5599 |
| Wm. Michael Marshall | DSI EHSO | 1552 |

| ACCIDENT/INCIDENT REPORTED BY | ACCIDENT/INCIDENT REPORTED TO |
|---|---|
| John Rivers, DSI Rigging Supervisor | DSI EHSO notified of need for help via walkie-talkie |
| | |
| | |

(1)

*Revised 04 March 2019*

DSI 000281

## DETYENS SHIPYARDS, INC. – ACCIDENT/INCIDENT REPORT # 9093-1

### INJURED EMPLOYEE(S) INFORMATION

| | |
|---|---|
| INJURED EMPLOYEE NAME | Jose De Jesus Pena*  (Name provided at hire with Southern Skills Trades) |
| DEPARTMENT/POSITION(TITLE) | Subcontract structural welder (Hull Department) |
| EMPLOYEE AGE/DATE OF BIRTH | 05/05/1990*  (Date of birth provided at hire with Southern Skills Trades) |
| HIRE DATE | Hired through HiTrak Staffing 12/28/2015 |
| HOURS WORKED DATE OF INJURY | Shift started 0700 Hrs. |
| WORK STATUS AT TIME OF INCIDENT | Employed on normal shift |
| MEDICAL TREATMENT | N/A |
| MEDICAL DIAGNOSIS | Fatality |
| LOST TIME INJURY (LTI), RESTRICTED WORK CASE INJURY (RWI) | N/A |

### DETAILED DESCRIPTION OF ACCIDENT/INCIDENT

12/15/2018:  USNS Lummus docked in Drydock # 5.  Lifeboats had been removed from vessel; davit arms had been restrained with ½" cable and Crosby clamps prior to entering dock.  Vessel arrived DSI facility on or about 11/19/2018.  USNS Lummus repair specifications, Item # 601, Para. 6.1, states "remove all lifeboats from the davits and stow ashore on Contractor furnished cradles within 24 hours of vessel arrival at Contractor's facility."

04/03/2019:
- 0700: Employee shift start.  Attended Daily Job Safety (Hazards) Analysis briefing and reported to USNS Lummus worksite (# 6 Stbd. boat davit)
- 0900: Hotwork permit issued and posted.  Employee was preparing worksite to commence hotwork activities
- 0920: Employee was reported sitting on a 5-gallon bucket atop the 55G-MKII winch assembly when the # 6 davit arm restraining cable parted, pinning employee between the davit arm and the davit arm trackway.  Supervisor Chuck Lynch, DSI Hull Quarterman, stated he and other employees in area attempted to pull the davit arm off of employee by employing rope.  Mr. Lynch stated that he called rigging supervisor on pier to swing crane to over to aid in removing the davit arm atop employee
- 0932: DSI EHSO personnel received call over walkie-talkie for assistance aboard USNS Lummus.  DSI EHSO immediately responded to incident scene at # 6 Stbd. boat davit on main deck
- 0940: DSI EHSO personnel arrive at worksite.  Employee had been freed from entrapment and was laying on the deck inboard of the boat davit.  DSI EHSO personnel began resuscitation efforts.  Bag Valve Mask (BVM) and chest compressions were started.  AED was employed once, BVM and compressions continued.  AED was being charged to administer 2nd charge when AED advised "Not to Shock" indicating a suitable heart rhythm was not detected by instrument
- 0950: Rescue basket was landed on deck aft of the boat davit.  Compressions and BVM use continued
- 0955: US Federal OSHA was notified of incident and requested response.  OSHA inspector stated he had just arrived the FLETC complex at the south end of the facility and would respond immediately

Employee was placed into rescue basket accompanied by two members of the DSI EHSO and two members of the North Charleston Fire Department and lowered to the pier upon which it was determined to terminate resuscitation efforts.

(2)

DSI 000282

**DETYENS SHIPYARDS, INC. – ACCIDENT/INCIDENT REPORT # 9093-1**

### DETAILED DESCRIPTION OF ACCIDENT/INCIDENT - continued

Incident scene was immediately secured both forward and aft. Access was restricted and no materials/equipment was removed from the area. DSI EHSO personnel remained as security of area until relieved by North Charleston Police Department Officers.

Investigation was conducted by US Federal OSHA, USCG, North Charleston Crime Investigators and the Charleston County Coroner's Office. Charleston County Coroner's Office found and retained employee's wallet and cell phone. Coroner's office also took possession of the restraining cable after being removed by USCG and vessel crew members.

### ROOT CAUSE ANALYSIS (Check All That Apply)

| Cause | | Cause | |
|---|---|---|---|
| Improper Work Technique | | Poor Housekeeping | |
| Safety Rule Violation | | Excessive Noise | |
| Improper PPE or PPE Not Used | | Inadequate Guarding of Hazards | |
| Operating Without Authority | | Defective Tools/Equipment | |
| Failure to Warn or Secure | | Improper Isolation | |
| Operating at Improper Speeds | | Insufficient Lighting | |
| By-Pass of Safety Devices | | Inadequate Fall Protection | |
| Guards Not Used | | Lack of Written Instructions | |
| Improper Loading or Placement | | Safety Rules Not Enforced | |
| Improper Lifting | | Hazards Not Identified | |
| Servicing Machinery In Motion | | PPE Unavailable | |
| Horseplay | | Insufficient Worker Training | |
| Drug or Alcohol Use | | Insufficient Supervisor Training | |
| Unnecessary Haste | | Improper Maintenance | |
| Unsafe Acts of Others | | Inadequate Supervision | |
| Poor Workstation Design/Layout | | Inadequate Job Planning | |
| Congested Work Area | | Inadequate Hiring Practices | |
| Hazardous Substances | | Inadequate Worksite Inspection | |
| Fire/Explosion Hazard | | Inadequate Equipment | |
| Inadequate Ventilation | | Unsafe Design/Construction | |
| Improper Material Storage | | Unrealistic Scheduling | |
| Improper Tool/Equipment | | Poor Process Design | |
| Insufficient Knowledge of Job | | Procedure Violation | |
| Slippery Conditions | | Inattention To Detail | X |
| | | OTHER (list): | |
| | | Taking an unsafe position or posture | X |

(3)

Revised 04 March 2019

| DETYENS SHIPYARDS, INC. – ACCIDENT/INCIDENT REPORT # 9093-1 |
|---|

| CORRECTIVE ACTION |
|---|
| (1) All work secured. Safety stand-down conducted |
| (2) Additional restraining wires were installed around the davit arms |
| (3) Structural chocks were installed and welded in trackway in front of davit arm assembly rollers |
| (4) DSI to develop and implement SOP for davit arm restraint by COB 04/19/2019. In interim, 2 means of restraining davit arms will be employed |

| CONSEQUENCES OF ACCIDENT/INCIDENT |
|---|
| (1) Injury/death |
| (2) Loss production time during investigation, recovery and implementation of additional safety restraints |
| (3) Schedule delay |
| (4) Investigation and determination of root cause of incident |

| ADDITIONAL NOTES/REMARKS |
|---|

(1) Approx. 1820 Hrs, 04/03/2019, Charleston County Corner notified US Federal OSHA that deceased was not believed to be Jose De Jesus Pena, DOB 05/05/1990, but was suspected to may be Juan Antonio Villalobos-Hernandez, DOB 09/22/1975. Corner has turned information over to Immigrations and Customs Enforcement for assistance in identification.

(2) Davit arm assembly weight – approx. 3700 lbs.

(3) **PRODUCT TECHNICAL DATA** - TYPICAL GRADE 316 STAINLESS STEEL WIRE ROPE BREAKING LOADS

Wire Breaking Load Ratings & Comparison Table



| WIRE DIAMETER | | 1 x19 | | | 7 x 19 | | | 7 x 7 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| mm | in. | kN | kg | lb | kN | kg | lb | kN | kg | lb |
| - | 1/2 in. | 119.00 | 12101 | 26678 | 90.00 | 9150 | 20172 | 107.00 | 10900 | 24030 |

(4) Life boat and davit manufacturer tech representative (PALFINGER), American Bureau of Ships (ABS) representative, US GC representative, Detyens Shipyards, Inc. QA representative and owners representative conducted survey of all lifeboats and davits on or about 01/04/2019. Condition Report # 165 was issued by PALFINGER describing in detail findings of survey and comments. Condition Report also contains a marked up copy of the manufacturer's drawing which is being utilized by DSI for repairs.

(4)

*Revised 04 March 2019*

DSI 000284

| DETYENS SHIPYARDS, INC. – ACCIDENT/INCIDENT REPORT # 9093-1 |||
|---|---|---|
| REPORT PREPARED BY | SIGNATURE | DATE |
| Wm. Michael Marshall | *[signed]* | 04/09/2019 |
| REPORT REVIEWED BY | SIGNATURE | DATE |
| Wm. Michael Marshall | *[signed]* | 04/09/2019 |

| OPERATIONS MANAGER REVIEW |||
|---|---|---|
| REPORT STATUS | (X) ACCEPT    ( ) REVISE ||
| REVIEWED BY DSI Vice President of Operations | SIGNATURE *[signed]* | DATE 4/9/19 |

*(5)*

*Revised 04 March 2019*