# EXHIBIT 20

James Justin Lyles                    December 14, 2021
Provence, Tiffany N v. United States of America, et al

```
                                          Page 1

 1              UNITED STATES DISTRICT COURT
                DISTRICT OF SOUTH CAROLINA
 2                 CHARLESTON DIVISION
                      IN ADMIRALTY
 3
       TIFFANY N. PROVENCE, AS THE PERSONAL
 4     REPRESENTATIVE OF THE ESTATE OF JUAN
       ANTONIO VILLALOBOS HERNANDEZ,
 5
                   Plaintiff,
 6
           vs.        CASE NO. 2:21-cv-965-RMG
 7
       UNITED STATES OF AMERICA, CROWLEY
 8     MARITIME CORPORATION, CROWLEY GOVERNMENT
       SERVICES, INC., DETYENS SHIPYARDS, INC.,
 9     AND HIGHTRAK STAFFING, INC. D/B/A HITRAK
       STAFFING, INC.,
10
                   Defendants.
11
12     DEPOSITION OF:   JAMES JUSTIN LYLES
13     DATE:            December 14, 2021
14     TIME:            9:08 a.m.
15     LOCATION:        DETYENS SHIPYARDS, INC.
                        1670 Dry Dock Avenue
16                      Suite 200
                        North Charleston, SC
17
       TAKEN BY:        Counsel for the Plaintiff
18
       REPORTED BY:     MICHAEL DAVID ROBERTS,
19                      Court Reporter
       _____
20
21
22
23
24
25
```

James Justin Lyles                    December 14, 2021
Provence, Tiffany N v. United States of America, et al

Page 39

1    it was a couple years ago.

2          Q.   Right.  Do you remember you actually

3    met with the chief mate even if you don't recall

4    the details of it?

5          A.   Yes, sir.

6          Q.   So on the Lummus when you would do your

7    safety walks, you would meet with the chief mate?

8          A.   Get with somebody from the ship's crew

9    to see if they have any issues.  That's the first

10   thing you do when you get on board.

11         Q.   Okay.  Every time you get on board, the

12   first thing you do is communicate with somebody

13   from the ship's crew.  Is that accurate?

14         A.   If -- if they're available.

15              MR. CLEMENT:  Objection to the form.

16              You can answer.

17              THE WITNESS:  If they're available.

18   BY MR. YOUNG:

19         Q.   Okay.  Right.  All right.  So assuming

20   that they're available, every time you step on a

21   ship, the first thing you do is communicate

22   directly with some of the ship's crew; is that

23   right?

24         A.   Yes, sir.

25         Q.   And the purpose of that is to find out