# EXHIBIT 21

## Master and Chief Engineer Comments
### SITREP 16

***Capt. David L. Hagner:***

As always, ChEng Mike will have our weekly brag sheet.

I've alerted Crewing that 5/25 is the latest realistic date for Sea Trials.  Terri Brooks has had calls from LUMMUS vacationers getting hungry.  I speculated that FOS manning would happen o/a 5/18 if everything fell perfectly into place.  I agree with Mike that we could use the full licensed engine complement (i.e., Brown and Liles) for the generator overhaul, and an OS for basic preservation of items that are optimally accessible here in the shipyard.

We're ready to host Chris Thayer for lunch and intend to wax nostalgic about the value of long-term operating contracts.  The Instream Hatch Cover Stowage scheme is Exhibit A of TRANSALTs/special projects/initiatives that get novated from operator to operator, then re-prioritized or altogether forgotten.

30 days (actually, 45 days) have passed.  May we buy replacements for our two treadmills?

Took a topside walkabout this afternoon.  Projects were manned in minimal but productive teams that seemed too small to party and gossip.  At least, that was my impression for the forward mooring winch, crane house and vent plenum hull teams, lifeboat davit guy (w/ firewatch), and stern door crew.  There was adequate chainfall racket above my office where stack fans are being replaced.  The thruster room looks fairly orderly, but somebody will still need to collect a few errant/hard-to-reach spray cans, hoses, cords, and a roll of duct tape ready to be flung off the main motor shaft coupling when the thruster gets started.  (BTW, James was referring to the Bow Bilge eductor valve, which has no reach rod but is operated pneumatically.)  As Mike has indicated, the thruster suction spool piece fasteners look great on the bottom flange, but weren't replaced on the upper flange.

One item I neglected to pass along last week is the proven adequacy of our mooring arrangement.  The same weather front that brought deadly tornadoes through Alabama on 3/3 put 49-knot gusts on our starboard freeboard, a force directly off the pier.  The ship and emergency gangway forward held fine.

We hope to drive a stake through the heart of the FC/DC Plan project this week with our inputs to Randy Brown.

Capt. David L. Hagner, Master
USNS 1ST LT JACK LUMMUS (TAK-3011)
david.l.hagner.ctr@lummus.navy.mil
NGW: +1-619-544-7107

**Vessel Defendants 2904**