# EXHIBIT 22

# *WORKPLACE SAFETY AND HEALTH MANUAL*



*Detyens Shipyards, Inc.*

*1670 Drydock Avenue*

*North Charleston, South Carolina 29405*

*(11 April 2012 - Original Issue; Last Review/Revision 19 April 2018)*

Reviewed/Revised 10/29/2020

DSI 001382

**SECTION 19:  LOCKOUT/TAGS-PLUS PROGRAM**

**6.5**      **Shipboard LockOut/Tags-Plus Central Logbook:**

The DSI Quality Assurance (QA) Manager has cognizance of this program.  For each vessel in which the DSI LockOut/Tags-Plus Program is required to be implemented, the DSI QA Department will prepare a separate LockOut/Tags-Plus Central Logbook.  Logbooks are maintained in the DSI QA Office located in Building # 236.  Additionally, the DSI QA Department is responsible for procuring tags compliant with the requirements of this procedure and maintaining on-hand sufficient quantities to support the mission of the facility.

**6.5.1**    **The Vessel Lockout/Tagout Logbooks Sections:**

- Section 1:   Instruction
- Section 2:   Blank DSI LockOut/Tags-Plus Index Record Sheet (Appendix 1)
- Section 3:   Blank DSI LockOut/Tags-Plus Work Permit (Appendix 2)
- Section 4:   Blank DSI LockOut/Tags-Plus Work Permit Continuation Sheet (Appendix 3)

**6.5.1**    **The Vessel Lockout/Tagout Logbooks Sections (continued):**

- Section 5:   Active DSI LockOut/Tags-Plus Work Permits
- Section 6    Inactive (Cleared) DSI LockOut/Tags-Plus Work Permits

**NOTE:**

**The DSI LockOut/Tags-Plus Program does not recognize/utilize Caution Tags.**

**6.6**      **Preparing for the LockOut/Tags-Plus Isolation:**

The release and/or isolation of ships system stored energy shall be the responsibility of the vessel's crew or Port Engineer.  For unmanned vessels undergoing repair/maintenance at the DSI facility, the designated Central Coordinator (cognizant Project Manager, Ship Superintendent, assigned QA Inspector or designated production department supervisors at leadperson level of authority or higher) shall be responsible and/or for verification that the ships system stored energy has been released and/or isolated.

Once all stored system energy has been isolated and/or released, a danger tag/tagout device or danger tag-plus system will be utilized.  In addition to danger tags, a danger tag-plus system employs energy-isolating devices such as: chains, wedges, blanks, key blocks, adapter pins, self-locking fasteners, barrier tape, etc.  A through and well thought approach for system and/or component isolation shall be employed to determine the appropriate number of tags, locks and/or other energy-isolation devices and/or other means necessary to prevent personnel injury and/or damage to equipment.  Danger tags, locks and/or isolation devices shall not be attached on the actual piece of equipment or component being removed, or clear any existing tags prior to removal.

**(45)**

Reviewed/Revised 10/29/2020

DSI 001427