# EXHIBIT 23

**CROWLEY**
People Who Know

SY 58

| CGS Management System Forms | Business Unit: Crowley Government Services, Inc.<br>Prepared by: Director, Operations Integrity<br>Approved by: Vice President | Effective Date: 1 June 2018<br>Revision No.: 1 | Page 1 of 1 |
|---|---|---|---|
| | Lock-Out / Tag-Out Permit | | CGS-MSC2-FORM-210 |

Whenever work is to be carried out on systems or equipment where hazardous energy or substances may be present, a permit to work shall be issued indicating that the hazard source has been isolated.

Isolation can be effected by blanking off pipe lines, locking off switchgear or the complete removal of fuses. Consideration shall be given to a system control that prevents the accidental release of the hazardous source – for example, installing a locking arrangement, labeling of switches and display warning notices.

Permit Issued: 1045 / 12-22-18     JSA Reference No: _____
Time/Date

Equipment Description: #1 thru #6 LIFEBOAT DAVIT Winch Motors controllers

Work to be done: pull motors (6)
Work to be done by: Shipyard / Murphy
                    Print Name(s)

Method of Isolation: Electrical

LOTO Authorized by: Scott Lucero
                    Print Name           Time/Date

Source Isolated by: Scott Lucero
                    Print Name           Time/Date

Indicate – Tags/Locks in Place                Location

SY 58 - A, B, C, D, E, F (6 tags)     63' level - Fire Detection Room
ALL TAGGED IN 4-26-19
#4 #5 LIFEBOAT Davit Winch Motor Controllers
STILL TAGGED OUT  #1,2,3 & 6 TAGGED BACK IN
                                      4-25-19

Work Completed by: John Davys DSI           14    4-25-19
                   Signature                 Time/Date

Work Cleared by: [signature] Vellejo          1400   4-26-19
                 Signature                    Time/Date

Source Reconnection Authorized by: [signature] Vellejo   1400  4-26-19
                                   Signature              Time/Date

Source Reconnected by: [signature]            1400   4-26-19
All Tags/Locks Removed    Signature           Time/Date

Refer to Lock-Out / Tag-Out Procedure         Original: Retain on Vessel
                                              Retention: 6 years

**Vessel Defendants 3516**



**CROWLEY**
People Who Know

| CGS Management System Forms | Business Unit: Crowley Government Services, Inc.<br>Prepared by: Director, Operations Integrity<br>Approved by: Vice President | Effective Date: 1 June 2018<br>Revision No.: 1 | Page 1 of 1 |
|---|---|---|---|
| | Lock-Out / Tag-Out Permit | | CGS-MSC2-FORM-210 |

Whenever work is to be carried out on systems or equipment where hazardous energy or substances may be present, a permit to work shall be issued indicating that the hazard source has been isolated.

Isolation can be effected by blanking off pipe lines, locking off switchgear or the complete removal of fuses. Consideration shall be given to a system control that prevents the accidental release of the hazardous source – for example, installing a locking arrangement, labeling of switches and display warning notices.

Permit Issued: __1400  4-26-19__
Time/Date

JSA Reference No: __SY 150__

Equipment Description: __#2 & #6 LIFE BOAT DAVITS__

Work to be done: __SHIPYARD__
Work to be done by: __SHIPYARD__
Print Name(s)

Method of Isolation: __OPEN KNIFE SWITCHES 63 FOOT LEVEL__

LOTO Authorized by: __GRANVILLE STILES__  __1400  4-26-19__
Print Name / Time/Date

Source Isolated by: __Ryan Vullo__  __1400  4-26-19__
Print Name / Time/Date

Indicate – Tags/Locks in Place      Location
__63 FOOT LEVEL__

Work Completed by: __Ryan Vullo__  __1507  4/29/19__
Signature / Time/Date

Work Cleared by: __Ryan Vullo__  __1507  4/29/19__
Signature / Time/Date

Source Reconnection Authorized by: __[signature]__  __1507  4/29/19__
Signature / Time/Date

Source Reconnected by:
Tags/Locks Removed: __Ryan Vullo__  __1507  4/29/19__
Signature / Time/Date

Refer to Lock-Out / Tag-Out Procedure                         Original: Retain on Vessel

**Vessel Defendants 3589**

Retention: 6