# EXHIBIT 24

2:21-cv-00965-RMG     Date Filed 08/18/22     Entry Number 71-24     Page 1 of 3

Dallas A. Verble  February 9, 2022
Provence, Tiffany N v. United States of America, et al

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF SOUTH CAROLINA
 2                    CHARLESTON DIVISION
                         IN ADMIRALTY
 3
 4
 5
     TIFFANY N. PROVENCE, AS THE PERSONAL REPRESENTATIVE
 6   OF THE ESTATE OF JUAN ANTONIO VILLALOBOS HERNANDEZ,

 7               Plaintiff,

 8        vs.                    CASE NO. 2:21-cv-965-RMG

 9
     UNITED STATES OF AMERICA,
10   CROWLEY MARITIME CORPORATION,
     CROWLEY GOVERNMENT SERVICES, INC.,
11   DETYENS SHIPYARD, INC. AND
     HIGHTRAK STAFFING, INC. D/B/A
12   HITRAK STAFFING, INC.,
13              Defendants.
14
15
     30(b)(6)
16   DEPOSITION OF:   DETYENS SHIPYARD, INC.
                      BY: DALLAS A. VERBLE
17
     DATE:            February 9, 2022
18
     TIME:            10:04 AM
19
     LOCATION:        Detyens Shipyards, Inc.
20                    1670 Dry Dock Avenue, Suite 200
                      Building 236
21                    North Charleston, SC
22   TAKEN BY:        Counsel for the Plaintiff
23   REPORTED BY:     TERRI L. BRUSSEAU
24
25
```

Veritext Legal Solutions
800.743.DEPO (3376)   calendar-carolinas@veritext.com   www.veritext.com

Page 130

1    Q.  -- existing?
2    A.  No, sir.
3    Q.  Okay.  And do you expect the customer
4  to tell the shipyard how to restrain the davit arm?
5    A.  I don't expect, no.
6    Q.  Okay.  And that's something that's
7  handled by the rigging shop?
8    A.  Handled by the rigging shop and
9  customary, the standard way we've done it for all
10 along.
11   Q.  Okay.  Do you have any idea how long
12 Detyens has prior to this incident restrained davit
13 arms with this wire rope and Crosby clamps method?
14   A.  I don't know for how long.  I can tell
15 you I've been here for 23 years and it's the way
16 that it's been done since I've been here.
17   Q.  Okay.  All right.  And has any customer
18 ever in your 23 years in the past objected to the
19 way it was done?
20   A.  No, sir.
21   Q.  Okay.  And do you know how it's done or
22 how it was done at other shipyards?
23   A.  I do not know.  It's the only shipyard
24 I ever worked in.
25   Q.  Okay.  Fair enough.  I just have to