# EXHIBIT 25

Page 1

```
 1  VIRGINIA:
 2  IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
 3           SOUTH CAROLINA OF CHARLESTON DIVISION
 4                      IN ADMIRALTY
 5  ************************************************************
 6  TIFFANY N. PROVENCE, as the   )
    Personal Representative of    )
 7  the Estate of Juan Antonio    )
    Villalobos Hernandez,         ) Case No.
 8                                ) 2:21-cv-965-RMG
              Plaintiff,          )
 9                                )
    -vs-                          )
10                                )
    UNITED STATES OF AMERICA,     )
11  CROWLEY MARITIME CORPORATION,)
    CROWLEY GOVERNMENT SERVICES, )
12  INC.,                         )
    DETYENS SHIPYARDS, INC., and )
13  HIGHTRACK STAFFING, INC.      )
    d/b/a                         )
14  HITRAK STAFFING, INC.         )
              Defendant.          )
15  ************************************************************
16                    DEPOSITION OF
17                   THE UNITED STATES
18       BY AND THROUGH ITS CORPORATE DESIGNEE,
19                 JUANITA BROENNIMANN
20                9:00 a.m. to 2:00 p.m.
21                    June 16, 2022
22                      Via ZOOM
23
24  Job No. 38889
25              REPORTED BY:  Dawn Testa
```

1           But what I'm really tying to figure out,
2   Miss Broennimann, is if, prior to April 3, 2019, you had
3   some -- were aware of the Military Sea Lift Command
4   raising concerns with Detyens Shipyard about its safety
5   record.
6       A   We raised concerns all the time, with every
7   shipyard.  A shipyard is an inherently risky situation,
8   because it's an industrial situation.  So we raise
9   safety concerns all the time as we see them.
10      Q   Okay.  But, specifically, my question is
11  about Detyens, not shipyards generally, but Detyens.
12  Did you all raise safety concerns with Detyens Shipyard
13  prior to April 3, 2019?
14      A   I was aware of them, yes.
15      Q   And were you involved in that process at all,
16  or not really?
17      A   I'm not sure what you mean by "involved."
18      Q   Well, like if somebody documents a safety
19  concern -- and we'll get to some of them.  Exhibit
20  Number 2 is a stack of them.
21          If a safety concern is documented and written
22  up and provided to Detyens Shipyard, would you be
23  involved in that process, or would somebody else in the
24  Military Sea Lift Command be involved in that?
25      A   I would be involved with it if were one of

Page 20

1   the ships that I manage.  I would be aware of it if were
2   on one of the other ships, probably.
3       Q    Okay.  And what would your involvement be if
4   it was on one of the ships that you managed, like the
5   Lummus?
6       A    I would interface with the contract officer.
7   I would interface with the operating company to find out
8   what they were doing with the shipyard to address the
9   safety concerns.
10              I also have ships that are managed solely by
11  the Government.  So I would be working with the
12  contracting officer in that situation.
13      Q    Okay.  And so you interface with the
14  operating company if there was safety concerns.
15              In this case, was the operating company
16  Crowley Government Services?
17      A    Yes, it was.
18      Q    So is it true and accurate to say that, if
19  there was a safety concern on any ship that you oversaw
20  for the Military Sea Lift Command, that would have been
21  communicated -- that concern would have been
22  communicated through you or someone under your
23  supervision to Crowley Government Services?
24      A    Crowley would communicate the concern to the
25  Government.  They are the ones managing the shipyard.

Page 147

1    Q    Okay. And, about how many shipyards on the
2    east and gulf coast contained the Bobo class vessels?
3    A    That are in operation right now?
4    Q    Yes.
5    A    Five.
6    Q    So, how important do you consider Detyens as
7    a resource for repair of these vessels?
8    A    It's an important resource. Overall, there
9    is not enough commercial ship repair to support both
10   commercial industry, the maritime administration and
11   Military Sea Lift Command. We're always struggling with
12   what ship is going to be able to get into a yard in
13   order to meet their regulatory requirements for dry
14   docking. And Detyens is one of the few shipyards that
15   can take more than one ship at a time.
16   Q    So is it fair to say that MSC uses Detyens a
17   lot?
18   A    Yes.
19   Q    And have you ever seen life boat davit arms
20   rigged in this manner before?
21   A    Yes. That's how I have customarily seen them
22   rigged.
23        I can't say how it's been on every ship that
24   I have seen davit work done on, but if I were to see it,
25   I wouldn't take any particular notice of it, because