# EXHIBIT 26

**From:** Madden, John - OSHA
**Sent:** Monday, April 8, 2019 11:00 AM
**To:** Mewbourne, Dee L RADM USN COMSC NORFOLK VA (US)
**Subject:** [Non-DoD Source] RE: Detyens Shipyard Safety Culture

Cmdr. Mewbourne,

Thanks for the offer of assistance. I may need it later on in the investigation. I just got back into the office and am putting all the info in the computers, so I will be here for a few days.

FYI, They are in the process of shutting the Columbia OSHA office down (I will still be covering the area) so contact will be hit and miss. If you need to get a hold of me my number is ████████████████████████████. Also all South Carolina operations are carried out in our Raleigh NC office (Kim Morton – Area Director), so you can also call them to get a hold of me at ████████.

Thanks

John L. Madden
Safety Compliance Officer
Columbia/Raleigh

---

**From:** Mewbourne, Dee L RADM USN COMSC NORFOLK VA (US)
**Sent:** Monday, April 8, 2019 10:36 AM
**To:** Madden, John - OSHA
**Cc:** Cade, Steven C SES USN (US) 'Clark, Robert T RDML USN (USA)' Taylor, John R SES USN COMSC (US) Thayer, Christopher D SES USN COMSC NORFOLK VA (US) Morris, Michael C SES USN (USA) Verducci, AnthonY J SES USN COMSC NORFOLK VA (USA) Lynch, Hans E CAPT USN DCNO N9 (USA) Robinson, Kevin M CAPT USN COMSC NORFOLK VA (US) Oxendine, Morris CAPT USN COMSC NORFOLK VA (USA) Garcia, Arturo M CIV USN COMSC NORFOLK VA (USA) Cunningham, Francis W CIV USN (USA) Kapust, Patrick - OSHA Sweatt, Loren E. - OSHA Ferrari, Leighahn J CIV USN COMSC NORFOLK VA (USA) Carrington, Carla R CIV USN (US) Sawyer, Mark CDR MSC, N7
**Subject:** Detyens Shipyard Safety Culture

Dear Mr. Madden (John),

Greetings from Norfolk.

**United States 10**

On behalf of Military Sealift Command, I'm writing regarding the tragic loss of life aboard USNS 1ST LT JACK LUMMUS (T-AK 3011) at the Detyens Shipyard (DSI) on 3 Apr 2019.

LUMMUS is a government-owned vessel operated for MSC by Crowley Government Services (CGS). CGS, as contract-operator, was solely responsible for contracting for the repair and maintenance being performed on LUMMUS at the time of this preventable accident.  That said, I wanted to make sure you are aware of two essential facts:  (1) MSC stands ready to support OSHA's investigation in any way possible; and (2) MSC has shared interest in the efficacy of the safety culture at DSI.

I directed CAPT Morris Oxendine, USN, MSC's Force Safety Officer, to provide OSHA with access to documents and data that reflect the safety concerns MSC has presented to DSI leaders on a number of occasions.  Please let me know if MSC can support your efforts in any way.

V/r--Dee

RADM Dee L. Mewbourne, USN
Commander
Military Sealift Command
Comm or DSN: ▮▮▮▮▮▮▮▮▮▮
STE: ▮▮▮▮▮▮▮▮
iPhone: ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**United States 11**