# EXHIBIT B

## SETTLEMENT DISTRIBUTION

|  | CREDITS | DEBITS | BALANCE TO CLIENTS |
|---|---|---|---|
| Settlement Funds (Claims Against Detyens and HiTrak) | $350,000.00 |  | $350,000.00 |
| Less Attorneys' Fees of 40% |  | $140,000.00 | $210,000.00 |
| Less Case Costs |  | $ 64,406.28 | $145,593.72 |
| **LHWCA Lien** |  |  |  |
| Less SST/American Longshore Mutual |  | $ 50,000.00 | $ 95,593.72 |
| **TOTAL SETTLEMENT FUNDS TO CLIENTS:** |  |  | **$ 95,593.72** |
| ALLOCATION TO WRONGFUL DEATH CLAIM: |  |  | $ 90,814.03 |
| ALLOCATION TO SURVIVAL CLAIM: |  |  | $ 4,779.69 |

_____          8/30/22
Tiffany N. Provence, as the Personal Representative          Date
of the Estate of Juan Antonio Villalobos Hernandez