```
                                                              Page 1

 1            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF SOUTH CAROLINA
 2                     CHARLESTON DIVISION
                          IN ADMIRALTY
 3

 4

 5

 6    TIFFANY N. PROVENCE, AS THE PERSONAL REPRESENTATIVE
      OF THE ESTATE OF JUAN ANTONIO VILLALOBOS HERNANDEZ,
 7
                    Plaintiff,
 8
              vs.                   CASE NO. 2:21-cv-965-RMG
 9
      UNITED STATES OF AMERICA,
10    CROWLEY MARITIME CORPORATION,
      CROWLEY GOVERNMENT SERVICES, INC.,
11    DETYENS SHIPYARD, INC. AND
      HIGHTRAK STAFFING, INC. D/B/A
12    HITRAK STAFFING, INC.,
13              Defendants.
14
15
         30(b)(6)
16    DEPOSITION OF:    DETYENS SHIPYARD, INC.
                        BY: DALLAS A. VERBLE
17
         DATE:          February 9, 2022
18
         TIME:          10:04 AM
19
         LOCATION:      Detyens Shipyards, Inc.
20                      1670 Dry Dock Avenue, Suite 200
                        Building 236
21                      North Charleston, SC
22    TAKEN BY:         Counsel for the Plaintiff
23    REPORTED BY:      TERRI L. BRUSSEAU
24
25
```

Exhibit D

Dallas A. Verble                    February 9, 2022
Provence, Tiffany N v. United States of America, et al

Page 5

1    30(b)(6) Deposition of Defendant Detyens Shipyards,
2    Inc., was marked for identification.)
3    BY MR. YOUNG:
4         Q.   Mr. Verble, have a look at that and let
5    me ask you.  Exhibit Number 1 is a copy of the
6    notice for your deposition today.  Have you seen
7    that before today?
8         A.   I don't think I've gotten the notice,
9    uh-uh.
10        Q.   Okay.  Well, if you flip through it
11   down on maybe the third page, there's a number of
12   different topics there.  Do you see that?
13        A.   No, I haven't seen this.
14        Q.   Okay.  You've never seen Exhibit Number
15   1, is that right?
16        A.   Right.
17        Q.   Okay.  Tell us a little bit about what
18   your job is at Detyens Shipyard.  What do you do
19   there?  What's your title?
20        A.   I'm a project manager.  What I do when
21   we get contracted a job, then I'm responsible to
22   make sure that the job gets done in the -- on the
23   schedule.
24        Q.   Yes, sir.
25        A.   And that the budget is done in the

Exhibit D

Page 8

1  killed?
2       A.   I wasn't involved with the contract to
3  bring the job here.
4       Q.   Yes, sir.
5       A.   I was involved with the job once we
6  were awarded the job and it was assigned to Detyens
7  and it come, then I started managing that.
8       Q.   Okay.  So let me make sure I have that,
9  understand that correctly.  You didn't actually
10 participate in the negotiation of the contract with
11 Crowley Maritime --
12      A.   No.
13      Q.   -- or Crowley Government Service or
14 anything like that, is that right?
15      A.   No, sir.
16      Q.   Okay.  But once the contract was signed
17 and engaged, someone provided it to you and then
18 you become the Detyens representative as project
19 manager?
20      A.   Yes, sir.
21      Q.   All right.  And then tell us a little
22 bit about what you would do once that assignment is
23 given to you, you're now project manager on the
24 Detyens side of this 14 million dollar repair
25 contract.

Dallas A. Verble                                February 9, 2022
Provence, Tiffany N v. United States of America, et al

Page 128

1    shop?
2         A.   In this particular situation, they were
3    installed by the electric shop with a gun that uses
4    a 22 bullet to penetrate the stud into the metal.
5         Q.   Okay.  Let's look at Exhibit 3.  This
6    is the lifeboat davit repair specification from
7    Crowley Government Services?
8         A.   Yes, sir.
9         Q.   And you testified that there is no
10   specific instruction on how the davit arms are to
11   be restrained, correct?
12        A.   Yes, sir.
13        Q.   Is that common in your experience?
14        A.   Yes, sir, that's common.
15        Q.   Okay.  You did not -- when you reviewed
16   this spec in order to budget the labor and
17   materials for the job, did you find the
18   specification to be deficient because it did not
19   contain a specific instruction on how to restrain
20   the davit arms?
21        A.   I did not.
22        Q.   You did not.  Okay.  You mentioned that
23   the davit arms are restrained differently today by
24   welding the angle iron across the tracks for the
25   davit arms, correct?

Exhibit D

Dallas A. Verble                                February 9, 2022
Provence, Tiffany N v. United States of America, et al

Page 129

1        A.    That's correct.
2        Q.    All right. And in the gravity davit
3   repairs that are ongoing today or since the
4   incident, is the means of restraint specified in
5   the repair specification by the customer?
6        A.    The new specifications?
7        Q.    When you get repair specs from
8   customers -- in other words, is that new method of
9   restraint --
10       A.    No, sir.
11       Q.    It's not in the specification?
12       A.    Not that I'm aware of. I'm not working
13   a job right now where I have a davit job like that.
14   I have not seen one yet that specifies how to.
15       Q.    Okay. And presumably you have worked
16   davit repair jobs or the shipyard has since this
17   incident occurred --
18       A.    Yes, sir.
19       Q.    -- on other ships?
20       A.    Yes, sir.
21       Q.    And did those specifications contain an
22   instruction on how to restrain the davit arm?
23       A.    I don't recall any, no, sir.
24       Q.    You don't recall that --
25       A.    No, sir.

Exhibit D

Page 130

1             Q.  -- existing?
2             A.  No, sir.
3             Q.  Okay.  And do you expect the customer
4      to tell the shipyard how to restrain the davit arm?
5             A.  I don't expect, no.
6             Q.  Okay.  And that's something that's
7      handled by the rigging shop?
8             A.  Handled by the rigging shop and
9      customary, the standard way we've done it for all
10     along.
11            Q.  Okay.  Do you have any idea how long
12     Detyens has prior to this incident restrained davit
13     arms with this wire rope and Crosby clamps method?
14            A.  I don't know for how long.  I can tell
15     you I've been here for 23 years and it's the way
16     that it's been done since I've been here.
17            Q.  Okay.  All right.  And has any customer
18     ever in your 23 years in the past objected to the
19     way it was done?
20            A.  No, sir.
21            Q.  Okay.  And do you know how it's done or
22     how it was done at other shipyards?
23            A.  I do not know.  It's the only shipyard
24     I ever worked in.
25            Q.  Okay.  Fair enough.  I just have to

Exhibit D