# EXHIBIT B

## SETTLEMENT DISTRIBUTION

|  | CREDITS | DEBITS | BALANCE TO CLIENTS |
|---|---|---|---|
| Settlement Funds (Claims Against Detyens and HiTrak) | $350,000.00 |  | $350,000.00 |
| Less Attorneys' Fees of 40% |  | $ 0.00[1] | $350,000.00 |
| Less Case Costs |  | $ 64,406.28 | $285,593.72 |
| **LHWCA Lien** |  |  |  |
| Less SST/American Longshore Mutual |  | $ 50,000.00 | $ 235,593.72 |
| **TOTAL SETTLEMENT FUNDS TO CLIENTS:** |  |  | **$ 235,593.72** |
| ALLOCATION TO WRONGFUL DEATH CLAIM: |  |  | $ 223,814.04 |
| ALLOCATION TO SURVIVAL CLAIM: |  |  | $ 11,779.68 |

_____  by RBM w/ permission          9/2/2022
Tiffany N. Provence, as the Personal Representative              Date
of the Estate of Juan Antonio Villalobos Hernandez

---

[1] Plaintiff's counsel seeks to hold its request for Attorney's Fees in abeyance and will petition the Court for an award of fees based upon the ultimate total recovery on behalf of the Plaintiff.