IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| TIFFANY N. PROVENCE, as the Personal Representative of the Estate of Juan Antonio Villalobos Hernandez,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, CROWLEY MARITIME CORPORATION, CROWLEY GOVERNMENT SERVICES, INC., DETYENS SHIPYARDS, INC., and HIGHTRAK STAFFING, INC. d/b/a HITRAK STAFFING, INC.<br><br>Defendants. | CASE NO. 2:21-cv-965-RMG<br><br>MOTION TO WITHDRAW PETITION FOR APPROVAL OF SETTLEMENT OF WRONGFUL DEATH AND SURVIVAL CLAIMS AGAINST DETYENS SHIPYARDS, INC. AND HIGHTRAK STAFFING, INC. d/b/a HITRAK STAFFING, INC. |

The undersigned attorney hereby moves this Honorable Court to withdraw Plaintiff's Petition for Approval of Settlement of Wrongful Death and Survival Claims Against Detyens Shipyards, Inc. and Hightrak Staffing, Inc. d/b/a Hitrak Staffing, Inc. (ECF No. 76) *without prejudice* and with leave to refile.

s/ Robert L. Wehrman
J. Rutledge Young, III (Fed. Bar No. 7260)
Julie L. Moore (Fed. Bar No. 11138)
Robert L. Wehrman (Fed. Bar No. 13426)
DUFFY & YOUNG, LLC
96 Broad Street
Charleston, SC 29401
(843) 720-2044
ryoung@duffyandyoung.com
jmoore@duffyandyoung.com
rwehrman@duffyandyoung.com
*Attorneys for Plaintiff*

September 9, 2022
Charleston, South Carolina