UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| Tiffany N. Provence, as the Personal Representative of the Estate of Juan Antonio Villalobos Hernandez,<br>         *Plaintiff*,<br><br>Versus<br><br>United States of America, Crowley Maritime Corporation, Crowley Government Services, Inc., Detyens Shipyards, Inc., and Hightrak Staffing, Inc. d/b/a HiTrak Staffing, Inc.,<br>         *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C/A No. 2:21-cv-00965-RMG<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANT DETYENS SHIPYARDS, INC.'S MOTION FOR SUMMARY JUDGMENT** |

  Defendant Detyens Shipyards, Inc. hereby withdraws its Motion for Summary Judgment (Docket Entry No. 59).

            HOOD LAW FIRM, LLC
            172 Meeting Street
            Charleston, SC 29401
            Phone: (843) 577-4435
            Facsimile: (843) 722-1630

            **s/ Kathryn N. Tanner**
            James B. Hood (9130)
            james.hood@hoodlaw.com
            Kathryn N. Tanner (13616)
            kaite.tanner@hoodlaw.com

            *Attorneys for Detyens Shipyards, Inc. and Hightrak Staffing, Inc. d/b/a HiTrak Staffing, Inc.*

**March 7, 2023**
Charleston, South Carolina