UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| Tiffany N. Provence, as the Personal Representative of the Estate of Juan Antonio Villalobos Hernandez,<br>                  *Plaintiff*,<br>Versus<br>United States of America, Crowley Maritime Corporation, Crowley Government Services, Inc., Detyens Shipyards, Inc., and Hightrak Staffing, Inc. d/b/a HiTrak Staffing, Inc.,<br>                  *Defendants*. | C/A No. 2:21-cv-00965-RMG<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANT HIGHTRAK STAFFING INC. d/b/a HITRAK STAFFING, INC.'S MOTION FOR SUMMARY JUDGMENT** |

Defendant Hightrak Staffing, Inc. d/b/a HiTrak Staffing, Inc. hereby withdraws its Motion for Summary Judgment (Docket Entry No. 63).

                              HOOD LAW FIRM, LLC
                              172 Meeting Street
                              Charleston, SC 29401
                              Phone: (843) 577-4435
                              Facsimile: (843) 722-1630

                              **s/ Kathryn N. Tanner**
                              James B. Hood (9130)
                              james.hood@hoodlaw.com
                              Kathryn N. Tanner (13616)
                              kaite.tanner@hoodlaw.com

                              *Attorneys for Detyens Shipyards, Inc. and Hightrak Staffing, Inc. d/b/a HiTrak Staffing, Inc.*

**March 7, 2023**
Charleston, South Carolina