# EXHIBIT B

## PROPOSED SETTLEMENT DISTRIBUTION

| | CREDITS | DEBITS | BALANCE TO CLIENT |
|---|---|---|---|
| **TOTAL GROSS SETTLEMENT FUNDS:** | $350,000.00 | | $350,000.00 |
| **Less Attorneys' Fees of 30%:**<br>• 50% to be paid to Duffy & Young, LLC: $52,500.00<br>• 50% to be paid to Warder Law Firm, LLC: $52,500.00 | | $ 105,000.00 | $245,000.00 |
| **Less Case Costs:** | | $ 81,907.92[1] | $164,092.08 |
| **Less SST/American Longshore Mutual Lien:** | | $ 50,000.00 | $114,092.08 |
| **TOTAL NET SETTLEMENT FUNDS TO CLIENTS:** | | | **$114,092.08** |
| Net Wrongful Death Settlement Proceeds to Clients: | | | $108,387.48 |
| Net Survival Settlement Proceeds to Clients: | | | $5,704.60 |

_____
Tiffany N. Provence, as the Personal Representative
of the Estate of Juan Antonio Villalobos Hernandez

_May 1, 2023_
Date

---

[1] This figure includes an additional One Thousand Dollars ($1,000.00), which counsel will hold in escrow to pay any additional costs incurred by Tiffany N. Provence in closing the estate. Any remainder will be distributed to Edith Hernandez.