AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Tiffany N. Provence, as the Personal Representative for the Estate of Juan Antonio Villalobos Hernandez,

*Plaintiff*,

v.

United States of America, et al.,

*Defendants*.

Civil Action No. 2:21-965-RMG

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: The Court granted Crowley's motion for summary judgment on January 5, 2023, the Court granted the Government's motion for summary judgment on March 14, 2023 and the Court approved the settlement with Defendants Hightrak Staffing Inc and Detyens Shipyards Inc on May 26, 2023. This action is **DISMISSED with prejudice.**

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge.

Date:  May 30, 2023

s/Robin L. Blume,
*CLERK OF COURT*

_____
Deputy Clerk of Court